U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2022 APR 21  AM 11: 25

CLERK

BY _AL_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JOSH PUMA, | ) |
| Defendant | ) |

Crim. No.: 5:22-cr-46-1

## INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about September 30, 2021, in the District of Vermont, defendant JOSH PUMA, for the purpose of issuing a threat and with the knowledge that the communication would be viewed as a threat, transmitted in interstate commerce a communication containing a threat to injure the person of another, specifically, PUMA called a Vermont Department of Corrections reporting line which is maintained by GlobalTel Link and stated he would kill a Vermont State Court Judge and a defense attorney.

(18 U.S.C. § 875(c))

1

<u>COUNT 2</u>

On or about October 26, 2021, in the District of Vermont, defendant JOSH PUMA, for the purpose of issuing a threat and with the knowledge that the communication would be viewed as a threat, transmitted in interstate commerce a communication containing a threat to injure the person of another, specifically, PUMA called a Vermont Department of Corrections reporting line which is maintained by GlobalTel Link and stated he would kill a Vermont State Court Judge and sexually assault a State's Attorney.

(18 U.S.C. § 875(c))

## COUNT 3

On or about November 30, 2021, in the District of Vermont, defendant JOSH PUMA, for the purpose of issuing a threat and with the knowledge that the communication would be viewed as a threat, transmitted in interstate commerce a communication containing a threat to injure the person of another, specifically, PUMA called a Vermont Department of Corrections reporting line which is maintained by GlobalTel Link and stated he would kill a Vermont State Court Judge.

(18 U.S.C. § 875(c))

A TRUE BILL

_____
FOREPERSON

NIKOLAS P. KEREST (WLF)
United States Attorney
Burlington, Vermont
April 21, 2022