AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| United States of America<br>v.<br><br>Joshua Puma<br><br>*Defendant* | ) <br> ) Case No. 5:22-cr-46-1<br> )<br> )<br> )<br> ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Joshua Puma,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Between in or about September 30, 2021 and November 30, 2021, Joshua Puma transmitted in interstate commerce a communication containing a threat to kill and/or sexually assault Vermont state employees, in violation of 18 U.S.C. § 875(c).

Date: 04/21/2022

*Issuing officer's signature*

City and state:   Burlington, Vermont

Emerson Howe, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 4.21.2022, and the person was arrested on *(date)* 5.18.22
at *(city and state)* Springfield, VT.

Date: 5.19.22

*Arresting officer's signature*

John Curtis  SDUSM
*Printed name and title*