UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>vs.                           )<br>                              )   Case No. 5:22-cr-46-1<br>JOSHUA PUMA,                  )<br>         Defendant.           ) | |

### DEFENDANT'S NOTICE OF FILING EXHIBITS FOR APPEAL OF THE MAGISTRATE JUDGE'S DETENTION ORDER

Mr. Puma intends to request the Court to admit and consider the following Exhibits on appeal of the Magistrate Judge's detention order.

Defendant's Exhibit A and B (Orders of Hospitalization, Chittenden Criminal Division, Docket no. 22-CR-01942 and 3697-10-19 Cncr, May 17, 2022).

Defendant's Exhibit C (PREA reporting line poster, from DOC website)

Defendant's Exhibit D (May 26, 2022, Affidavit of Attorney Sarah Reed, Esq.).

Defendant's Exhibit E (March 14, 2022, Victim Impact Statement).

Defendant's Exhibit F (Vermont Psychiatric Care Hospital Procedure)

Defendant's Exhibit G (Vermont Agency of Human Services, DMH, Psychiatric Hospitalization, from https://mentalhealth.vermont.gov/services/pyschiatric-hospitalization).

Dated:  June 1, 2022

                                        Respectfully submitted,

                                        MICHAEL L. DESAUTELS
                                        Federal Public Defender

                              By:   /s/ Sara M. Puls_____
                                    Sara M. Puls
                                    Assistant Federal Public Defender
                                    Office of the Federal Public Defender
                                    95 Pine Street, Suite 150
                                    Burlington, VT 05401
                                    802-862-6990