**DEFENDANT'S EXHIBIT A**

STATE OF VERMONT

**State of Vermont**                                       Chittenden Criminal Division
                                                           Docket no. **22-CR-01942**

v.

**Joshua Puma**,
      Defendant

## ORDER OF HOSPITALIZATION

The Court hereby commits Joshua Puma to the care and custody of the Commissioner of Mental Health on an Order of Hospitalization for a period of ninety (90) days pursuant to 13 V.S.A. § 4822 and 18 V.S.A. §§ 7619 and 7623.

SO ORDERED this  5/17/2022  day of _____, 2022.

Electronically signed pursuant to V.R.E.F. 9(d)

_A. Gregory Rainville_
Superior Court Judge
Hon. Gregory Rainville