**DEFENDANT'S EXHIBIT B**

STATE OF VERMONT

| | |
|---|---|
| **State of Vermont** | Chittenden Criminal Division |
| | Docket no. **3697-10-19 Cncr** |

v.

**Joshua Puma**,
         Defendant

## ORDER OF HOSPITALIZATION

The Court hereby commits Joshua Puma to the care and custody of the Commissioner of Mental Health on an Order of Hospitalization for a period of ninety (90) days pursuant to 13 V.S.A. § 4822 and 18 V.S.A. §§ 7619 and 7623.

SO ORDERED this  5/17/2022  day of _____, 2022.

Electronically signed pursuant to V.R.E.F. 9(d)

*A. Gregory Rainville*
A. Gregory Rainville
Superior Court Judge

Hon. Gregory Rainville