

# PRISON RAPE ELIMINATION ACT (PREA)

If you or someone you know has been a victim of prison sexual abuse, report it immediately to a staff member or by calling the Department's Offender Reporting Line at (555) 555-5555.  Help is available.

If you commit sexual assault, you will be prosecuted to the fullest extent of the law.

Zero tolerance.  Every unit.  Every day.