| | | |
|---|---|---|
| Sarah F. George Esq.<br>Chittenden County State's Attorney |  | Burlington, VT 05401-<br>Phone:<br>Fax: |

# STATE OF VERMONT
## OFFICE OF THE CHITTENDEN COUNTY STATE'S ATTORNEY

March 18, 2022

Annie Manhardt Esq.
Prisoners' Rights Office,
Montpelier, VT 05633

Re:  State v. Joshua P. Puma, Docket No.: 22-CR-01942
Incident No.:

Dear Attorney Manhardt,

Please find enclosed the following additional discovery regarding the above-named case:

    Victim Impact Statement received from

Thank you.

Sincerely,


Sarah F. George Esq.
Deputy State's Attorney

Enclosure



DEFENDANT'S EXHIBIT

E

## VICTIM IMPACT STATEMENT

**Defendant's Name:** Joshua P. Puma
**Charge:** Disturbing the Peace by Phone
**Charge:** Disturbing the Peace by Phone
**Charge:** Disturbing the Peace by Phone

**Docket No.:** 22-CR-01942
**Date of Offense:** 02/28/2022
**Date of Offense:** 02/28/2022
**Date of Offense:** 03/01/2022

RECEIVED MAR 17 2022 By_____

**Arraignment Date:** 03/08/2022
**Assigned Victim Advocate:** [redacted]
**Assigned State's Attorney (Deputy):** Sarah F. George Esq.

**Your Legal Name:** [redacted]

1. **Please share with us how this crime has affected you and those close to you.**

   I feel harrassed and annoyed.

2. a) **What, if any, physical injuries have you suffered as a result of this crime?**

   None

   b) Did you receive medical treatment due to these injuries?
   ____ yes    ✓ no    ____ ongoing

   c) Are you still affected by your injuries?
   ____ yes    ✓ no

3. **Please describe any damage/loss to your property or belongings.**

4. Did you complete and return the Application for Restitution to the Restitution Unit?
____ yes __/__ no

5. Did you complete and return the Victim's Compensation Program application?
____ yes __/__ no

6. How would you like to see the defendant sentenced as a consequence for his/her actions?

1. I don't think he's competent
2. He says Adderall is effective for him. It should be tried in a controlled environment
3. There's a residential program in MA that might be be helpful.

7. Do you wish to be notified of future court hearings? __/__ yes ____ no
Do you wish to be notified of the sentencing date? __/__ yes ____ no
Do you wish to attend the sentencing hearing? ____ yes __/__ no
Do you wish to speak at the sentencing hearing? ____ yes __/__ no
Do you wish to provide a written statement to be read at the sentencing hearing? ____ yes __/__ no

_____         3/14/22
Signature                          Date

_____         _____
Signature, if prepared by other than victim    Relationship to victim

Chittenden County Victim Advocate