

DEFENDANT'S EXHIBIT G

VERMONT OFFICIAL STATE WEBSITE

AGENCY OF HUMAN SERVICES
# Department of Mental Health

SEARCH

CONTACT

## PSYCHIATRIC HOSPITALIZATION

While most people experiencing mental health symptoms do not require psychiatric hospitalization, it is available when an individual needs to be closely monitored and accurately diagnosed, have their medications adjusted or stabilized, or be treated during an acute episode.  Hospitalization may occur voluntarily when someone decides it is the best decision for themselves, at the insistence of a family member or a professional.  Involuntary hospitalization occurs only when an individual is a danger to themselves or to others and is refusing voluntary inpatient treatment or as a result of a court order.

While receiving inpatient psychiatric care, individuals and if desired, their families work together with treatment providers to create a treatment plan based on the individual's specific needs. The treatment plan may include incidental services such as:

- Psychiatric Evaluation
- Medical Evaluation
- Nursing Assessment and Care
- Psychotherapy
- Addiction Counseling
- Medication Management
- Discharge Planning
- Family Education

The Department of Mental Health (DMH) currently operates Vermont's only state-run psychiatric inpatient facility, Vermont Psychiatric Care Hospital. In addition to VPCH, DMH currently designates six hospitals to provide psychiatric inpatient care in Vermont. All six hospitals provide services to adults while the Brattleboro Retreat also provides inpatient services to children and youth.

MENU



## [Designated Hospitals (https://mentalhealth.vermont.gov/services/psychiatric-hospitalization/designated-hospitals)](https://mentalhealth.vermont.gov/services/psychiatric-hospitalization/designated-hospitals)



## [Vermont Psychiatric Care Hospital (https://mentalhealth.vermont.gov/services/psychiatric-hospitalization/vermont-psychiatric-care-hospital)](https://mentalhealth.vermont.gov/services/psychiatric-hospitalization/vermont-psychiatric-care-hospital)

## Contact Information

Department of Mental Health
Commissioner Emily Hawes
280 State Drive, NOB 2 North
Waterbury, VT 05671-2010
Phone: (802) 241-0090
Fax: (802) 241-0100

[CONTACT US](#)

## Public Records Database and Contact Information

For more information about public records requests please click [here](#)

MENU

National Alliance on Mental Health(NAMI)

Vermont Psychiatric Survivors

Substance Abuse and Mental Health Services Administration(SAMHSA)

US Department of Health and Human Services

Vermont Crisis Text Line

Vermont Federation of Families for Children's Mental Health(VFFCMH)



**Grievance and Appeals Database Login**



**DMH Employee Mental Health Services Login**

MENU