UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)   Case No. 5:22-cr-46-1<br>JOSHUA PUMA, )<br>          Defendant. ) | |

## COMPETENCY EVALUATION UPDATE

NOW COMES Joshua Puma, by and through his attorney, Sara M. Puls, and in response to the Court's request for an update on the competency evaluation (previously ordered by the Court, *see* Doc. 37) submits the following update.

Dr. John Holt has been retained by defense, pursuant to the Court' order, to evaluate Mr. Puma for his competency to stand trial. Dr. John Holt has begun his evaluation – he met with Mr. Puma at Southern State Correctional Facility on Thursday, September 8th, 2022, and then again by Zoom (to observe Mr. Puma's interactions with his attorney) on September 14th. He is also in receipt of extensive records including previous evaluations conducted of Mr. Puma, Howard Center records, and Department of Correction records.

Dr. Holt expects to submit his report by September 20, 2022. As soon as that report has been received, defense will file the report with the Court, under seal.

Dated:  September 16, 2022

MICHAEL L. DESAUTELS
Federal Public Defender

By:   */s/ Sara M. Puls*_____
Sara M. Puls
Assistant Federal Public Defender
Office of the Federal Public Defender
95 Pine Street, Suite 150
Burlington, VT 05401
802-862-6990