UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>JOSHUA PUMA, )<br>    Defendant. ) | Case No. 5:22-cr-46-1 |

**DEFENDANT'S NOTICE OF FILING EXHIBITS FOR MOTION TO DISMISS**

Mr. Puma intends to request the Court to admit and consider the following Exhibits in considering his Motion to Dismiss the Indictment:

Exhibit A – Jan. 2022 emails from Vermont DOC, PREA Director (Bates 23).

Exhibit B – Jan. 2022 emails re: "Inmate Puma calls to 555 Line" (Bates 35)

Exhibit C – The State of Vermont, Department of Corrections, SSCF Resident Handbook, Sixth Edition, Southern State Correctional Facility, 2020 (original attachment to email in Ex. B)

Exhibit D – "555-guidance provided to the inmates" (original attachment to email in Ex. B)

Exhibit E – Jan. 24, 2022 email from Det. Robson

Exhibit F – Jan. 24, 2022 email from Richard Slavin, ViaPath Technologies (original attachment to email in Ex. E)

Dated: September 30, 2022

Respectfully submitted,

MICHAEL L. DESAUTELS
Federal Public Defender

By:  /s/ *Sara M. Puls*
Sara M. Puls
Assistant Federal Public Defender
Office of the Federal Public Defender
95 Pine Street, Suite 150
Burlington, VT 05401
802-862-6990