**EXHIBIT**

**A**

**U.S. v. Puma, 5:22-cr-46**

**From:** Robson, Jesse
**Sent:** Monday, January 10, 2022 12:46 PM
**To:** Fuller, Wendy (USAVT)
**Subject:** [EXTERNAL] FW: Inmate Puma calls to 555 Line

In addition to the attachments and the below answers in red, I asked about the messages going out of state and am awaiting an answer.

**From:** Sprafke, Jennifer <
**Sent:** Monday, January 10, 2022 12:12 PM
**To:** Robson, Jesse
**Cc:** Barriere, Jodi
**Subject:** RE: Inmate Puma calls to 555 Line

Jesse-

Fair enough. My answers are below in red and are for the line as it is being operated currently. The history of the line is a rather convoluted one and is as follows. The 555 reporting line was originally created by the AHS investigations Unit which was created as a result of the 2006 Governor Douglas ordered investigation and report into the untimely deaths in DOC. The intent was to field complaints from the inmate population for anything considered misconduct, harassment, discrimination, etc. The calls were answered during business hours by a staff member from that unit. When the unit was disbanded, the Agency of Human Services under Secretary Rob Hoffman, declined answering the phone and handed it back to the DOC. The DOC attempted to find an external entity to take the line, including Prisoners Rights Office, but was not able to find anyone. The Department has had the line since at least 2016 but I am sure it has been longer. The line is not answered and is not a hotline but a reporting line. I don't know if you needed the history but it has been misrepresented in the press several times so I like to make sure folks know the evolution.

Please let me know if you need more or have any additional questions.

Thank you,
Jen

**From:** Robson, Jesse
**Sent:** Monday, January 10, 2022 9:55 AM
**To:** Sprafke, Jennifer
**Cc:** Barriere, Jodi
**Subject:** RE: Inmate Puma calls to 555 Line

Let's try by e-mail first. Not that I don't like talking but things in writing have less of a chance to get misinterpreted for stuff like this. You, me, Wendy and others may end up on a meeting at some point anyway. Here's what Wendy is looking for:

- First, what is the purpose of the 555 line?

- o The line is a reporting line intended for the I/I. It is direct dial and they do not need to enter their PIN number. I have included the poster and memo that state that it is only for reporting sexual abuse. It explains the different types of abuse all matching that as defined by the federal PREA standards.
- How are inmate made aware of that line and how do they call that line?
  - o Posters and memo attached. This was added to the tablets in November of 2021.
- Also, who listens to the calls on the line?
  - o The calls are recorded and stored in GTL. The Executive Assistant out of Central Office was answering them until 5 or so months ago. They are now being listened to by the admin for our medical department until we got a new Executive Assistant. NOTE- the position was just filled and today is his first day. In a week or so I will train him on what to do with the calls. I just received access about a week ago and will be the back up for listening to the calls.
- Are the inmates made aware of who will listen to the calls on the line?
  - o The memo and poster indicate that the calls are recorded and may be monitored. It also states that the calls are reviewed by Central Office and sent to Central Office and local leadership to initiate an investigation.
- Second, how are the calls routed?
  - o The individual assigned to review, logs into GTL once a business day and listens to the calls. All calls that allege sexual abuse are sent to central and local leadership to investigate. Anything not sexual abuse is not addressed, as the memo states. Director Nault just added new direction to refer threats. I only have that in an email, nothing in writing. The memo does not specifically state that we will refer threats to law enforcement but that we will refer false reports.
- Do they go through GlobalTel Link or a similar service?
  - o GTL
- Is it an entirely internal phone line?
  - o Yes. It can only be used in the institutions by the I/I.

**From:** Sprafke, Jennifer
**Sent:** Monday, January 10, 2022 9:51 AM
**To:** Robson, Jesse
**Cc:** Barriere, Jodi
**Subject:** Fwd: Inmate Puma calls to 555 Line

Good morning-

I received the below from Director Nault and am happy to discuss the specifics of the 555 reporting line. What would be easier for you, phone call or email? I am also happy to speak with Ms. Fuller if that would be easier.

Thank you,
Jen

Jennifer Sprafke
PREA (Prison Rape Elimination Act) Director
Vermont DOC
Cell:
Office:
Pager:
            @vermont.gov
            vermont.gov
Mailing address:

2

Waterbury Vermont 05671-2000

**From:** Nault, Matthew <span style="background:black">         </span>
**Sent:** Monday, January 10, 2022 9:07 AM
**To:** Barriere, Jodi; Sprafke, Jennifer
**Subject:** FW: Inmate Puma calls to 555 Line

Good morning –
Jodi FYI and Jenn can you assist with this, if anyone can articulate the 555 line, it is you? If you can't let me know. Thank you much

**From:** Robson, Jesse <span style="background:black">      </span>
**Sent:** Monday, January 10, 2022 8:15 AM
**To:** Nault, Matthew <span style="background:black">   </span>; Merrill, Michaela <span style="background:black">   </span>
**Subject:** FW: Inmate Puma calls to 555 Line

Good morning DOC – the US attorney's office is reviewing Puma's behavior as a possible federal crime.  Can you please look at the message below and provide any info you can to help us all better understand the 555 hotline?  If the case does get federally prosecuted we will need an affidavit (basically the same info you've been providing all along but in one signed and sworn document) from DOC.


Detective Sgt. Jesse Robson
Vermont State Police Troop B – East
1330 Westminster Heights RD
Westminster VT 05346
(802) 722-4600
FAX – (802) 722-4690



**From:** Fuller, Wendy (USAVT) <Wendy.Fuller@usdoj.gov>
**Sent:** Friday, January 7, 2022 10:36 AM
**To:** Goodenough, Ward <Ward.Goodenough@vermont.gov>; Robson, Jesse <Jesse.Robson@vermont.gov>
**Subject:** RE: Inmate Puma calls to 555 Line

**EXTERNAL SENDER: Do not open attachments or click on links unless you recognize and trust the sender.**
Hi Ward and Jesse. We're going to open a case and figure out which charges we can file. The case will be assigned to me.

Jesse, we should talk next week. Does the 12th work?  I am free all day.

In the meantime, please try to talk with DOC.  I would like to know a couple of things from DOC.  First, what is the purpose of the 555 line?  How are inmate made aware of that line and how do they call that line?  Also, who listens to the calls on the line?  Are the inmates made aware of who will listen to the calls on the line?  Second, how are the calls routed?  Do they go through GlobalTel Link or a similar service?  Is it an entirely internal phone line? For our charges, I will need to prove interstate nexus so I need to show that the calls to the 555 line somehow affected interstate commerce.

Thanks,
Wendy