| | |
|---|---|
| **From:** | Merrill, Michaela |
| **To:** | Robson, Jesse; Nault, Matthew |
| **Subject:** | RE: Inmate Puma calls to 555 Line |
| **Date:** | Monday, January 10, 2022 11:29:04 AM |
| **Attachments:** | 4953_001.pdf |
| | SSCF SIXTH Reviewed Edition Handbook.docx |

The 555 line is DOC's way of offering inmates a way of reporting Sexual Abuse and misconduct to someone outside the facility to allow for more oversight of prison ongoings and to expedite action on matters of concern. This line is currently monitored by a staff member who works in Central Officer ( DOC Headquarters). I attached a copy of the 555-guidance provided to the inmates and also a copy of the inmate handbook (these are loaded on the inmate tablets and hard copies are handed out). The 555 information is on the top of page 16, but the sexual Safety section starts on page 9, which is relevant to the content that is allowed to be reported on the 555 line.

I am available if you have any additional questions

Michaela

**From:** Robson, Jesse <[redacted]>
**Sent:** Monday, January 10, 2022 8:15 AM
**To:** Nault, Matthew <[redacted]> Merrill, Michaela <[redacted]>
**Subject:** FW: Inmate Puma calls to 555 Line

Good morning DOC – the US attorney's office is reviewing Puma's behavior as a possible federal crime. Can you please look at the message below and provide any info you can to help us all better understand the 555 hotline? If the case does get federally prosecuted we will need an affidavit (basically the same info you've been providing all along but in one signed and sworn document) from DOC.

Detective Sgt. Jesse Robson
[redacted]
[redacted]
[redacted]
[redacted]
[redacted]

**From:** Fuller, Wendy (USAVT) <[redacted]>
**Sent:** Friday, January 7, 2022 10:36 AM
**To:** Goodenough, Ward <[redacted]>; Robson, Jesse <[redacted]>

**Subject:** RE: Inmate Puma calls to 555 Line

**EXTERNAL SENDER: Do not open attachments or click on links unless you recognize and trust the sender.**

Hi Ward and Jesse.  We're going to open a case and figure out which charges we can file. The case will be assigned to me.

Jesse, we should talk next week.  Does the 12th work?  I am free all day.

In the meantime, please try to talk with DOC.  I would like to know a couple of things from DOC. First, what is the purpose of the 555 line?  How are inmate made aware of that line and how do they call that line?  Also, who listens to the calls on the line?  Are the inmates made aware of who will listen to the calls on the line?  Second, how are the calls routed?  Do they go through GlobalTel Link or a similar service?  Is it an entirely internal phone line? For our charges, I will need to prove interstate nexus so I need to show that the calls to the 555 line somehow affected interstate commerce.

Thanks,
Wendy

Wendy L. Fuller | Assistant U.S. Attorney
United States Attorney's Office, District of Vermont

