# THE STATE OF VERMONT

# DEPARTMENT OF CORRECTIONS

# SSCF RESIDENT HANDBOOK

## SIXTH EDITION
## SOUTHERN STATE CORRECTIONAL FACILITY

## OUR MISSION

*In partnership with the community and other organizations, we are committed to providing a correctional environment that is safe, secure, and healthy. We will provide individuals with relational opportunities and activities that facilitate healthy reintegration into the community and their families.*

2020

EXHIBIT

C

U.S. v. Puma, 5:22-cr-46

## INTRODUCTION

(Reference Policy: *Resident Handbooks*)

This handbook is a guide to help you understand the rules regarding your time living at Southern State Correctional Facility (SSCF) in Springfield, Vermont. This handbook will explain your rights and responsibilities and help you to understand the rules and policies of the Vermont Department of Corrections (DOC). You will also find information in this handbook about the programs and services that are available to you within the correctional facility.

Residents at this correctional facility are expected to behave responsibly and respectfully toward other residents, staff, and volunteers. Residents must also follow all facility rules and policies and meet case planning and programming requirements.

You are expected to follow the rules, policies, and procedures outlined in this handbook. In addition, you can access DOC directives in the Law Library. If you have questions regarding the rules, directives, programming, or anything else concerning your time here, please ask your assigned Correctional Service Specialist (CSS) ("caseworker") or another member of the staff.

We are committed to recognizing the strength, resiliency, care, and survival skills of the residents in our custody. We are committed to fostering a place where residents can be safe so that you can return to your family, community, and life feeling better prepared than before.

Every effort has been made to minimize errors in this handbook. In instances where the conflict between the handbook and other protocols occurs, the interpretation of the handbook will be the responsibility of the correctional staff (in consultation with the Shift Supervisor) dealing with each specific situation.

This is the fifth edition of the handbook. We have added information on several new topics since the original version. We will continue to improve this document with your help and input.

Mike Lyon
SSCF Superintendent

# TABLE OF CONTENTS

Introduction 1
Table Of Contents 3
Organizational Structure 5
NonDiscrimination 6
Americans with Disabilities Act (ADA) 6
Intake 7
Resident/Staff Communication 7
Resident Rights And Responsibilities 8
Sexual Safety And Prison Rape Elimination Act (PREA) 9
Reporting Line 14
Monthly SSCF FMT/Inmate Forum 16
Facility Rules And Resident Discipline 16
Basic Rules for Resident Conduct 25
The "Costs" of a Major DR 32
DR Appeals 34
Dining Room Rules 35
Foxtrot 2 And 3 (Behavioral Intervention Units) Error! Bookmark not defined.
Mail 36
Suicide Prevention 38
Visits 38
Phone System 44
GTL Video Visitation 45
Grievances 45
Grievances Against Staff 47
Attorney Access 48
Inmate Law Library 49
Correctional Service Specialist (CSS) 49
Indigent Inmates 50
Property 51
Commissary 53
State-Issued Property 53

LOST, MISSING, OR DAMAGED PROPERTY 55
PROPERTY MATRIX 58
SERVICES AND PROGRAMS 62
RELIGIOUS SERVICES 62
ALTERNATIVE DIETS 62
COMMUNITY HIGH SCHOOL OF VERMONT (CHSVT) 62
LIBRARY 63
EMPLOYMENT 63
INMATE WORKER EXCEPTIONS 64
RECREATION 64
LAUNDRY 65
INMATE DRESS CODE 65
TELEPHONE ACCESS 67
LOCKBOX 67
MEDICAL SERVICES 68
MOUTH CHECK PROTOCOLS 68
VOTING 69
BARBER 69
ELECTRONIC COMMUNICATION 70
OPEN EARS 70
FREQUENTLY ASKED QUESTIONS (FAQ) 71

## ORGANIZATIONAL STRUCTURE

**Southern State Correctional Facility (SSCF)** is a medium-security adult male facility located in Springfield, VT. SSCF houses residents that are detainees and sentenced. The facility follows Vermont State policies and procedures. Southern State Correctional Facility has an organizational structure that consists of Managers; including the Superintendent and the Assistant Superintendents. In addition, there are many other additional staff members that a resident may interact with during his time at SSCF. They include, but are not limited to:

### SECURITY & OPERATIONS SUPERVISOR (SOS)

The SOS oversees facility operations, all security staff, and policy and procedure compliance.

### LIVING UNIT SUPERVISOR (LUS)

The LUS oversees the operation of the living unit. They supervise the casework and security staff in the maintenance of security within the living units.

### CORRECTIONS SERVICES SPECIALIST (CSS)

The CSS provides professional casework, counseling, and unit program direction. They design, administer, and monitor services for residents.

### CORRECTIONAL FACILITY SHIFT SUPERVISOR (CFSS)

The CFSS supervises and directs security and operations of the correctional facility.

### UNIT OFFICER

The Unit Officer supervises the living unit.

### VOLUNTEER SERVICES COORDINATOR (VSC)

The VSC oversees all volunteer programs and services provided by the correctional facility.

### RECREATION SERVICES COORDINATOR

The Recreation Coordinator oversees facility recreational services and programs offered to residents.

### Administrative Staff (Business Manager And Administrative Clerks)

The administrative staff handles resident accounts, commissary orders, resident phones issues, processes resident payroll and sentence computation.

## NONDISCRIMINATION

It is the policy of the DOC to treat all persons in a respectful, courteous, and professional manner while maintaining safety and security. The DOC provides services to offenders without regard to race, color, creed, sex, religion, disability, national origin, age, gender identity, or sexual orientation. The DOC does not tolerate discriminatory harassment on the part of the staff, volunteers, or residents. Anyone who feels they have been the victim of discriminatory harassment should report it to the Shift Supervisor or a staff member of higher rank.

## AMERICANS WITH DISABILITIES ACT (ADA)

(See DOC policy on *Americans with Disabilities Act Facilities and Field*)

The federal Americans with Disabilities Act prohibit state and local entities from discriminating against any qualified individual with a disability in their programs, services, and activities. The DOC and its contracted entities are required to make "reasonable modifications" to existing policies, administrative directives, and procedures in order to allow qualified offenders with disabilities the same opportunities as non-disabled offenders. These accommodations may be limited if they would place an undue financial or administrative burden on the DOC, fundamentally alter the nature of the service, program, or activity, or jeopardize legitimate safety requirements.

Please contact a Unit Officer, caseworker, Shift Supervisor, or other staff member if you need accommodations. An ADA orientation takes place during your medical screening, but you can make requests for an accommodation at any time.

## INTAKE

When you enter the facility, you may be housed separately until some intake and assessments are completed. These will include questions about your medical and mental health, and the results will determine where you are housed within the facility.

You will also have a health services screen performed by a member of the Health Services Staff, along with a Tuberculosis Test. Please let staff know if you had a positive test in the past. It is important that you tell medical staff of any medical, mental health or dental problem that you may have. The medical and mental health intake process is required in order to be placed in general population. Failure to comply may result in limited privileges and/or placement in restricted housing.

You will be assigned to a caseworker, who will meet with you to complete your orientation to the facility.

## RESIDENT/STAFF COMMUNICATION

The Correctional Officers (COs) and your caseworker are the first people you should talk to when you need something. These staff know how the facility operates and will work with you to address your needs. They will refer you to services when appropriate or tell you who to contact.

If you cannot read or write, your caseworker, a teacher, or a CO can help you fill out forms and write other necessary information.

Interpreters will be made available to you if you have difficulty speaking or understanding English.

You can use an “Inmate Request Form” to contact or request a meeting with a staff member outside your living unit, for any issue that does not require a specific form. These forms are available in each unit, or you can request one from a CO. A meeting can be arranged by submitting a request form to see a specific staff member. In addition, the Superintendent and other facility managers tour the facility regularly and make themselves available for conversations with the residents.

You should always approach and address staff with respect and courtesy. Derogatory remarks to or about staff may result in disciplinary action.

Changes in policies, procedures, or rules that are likely to affect residents are posted on the bulletin board in each living unit and are available in the Law Library.

## RESIDENT RIGHTS AND RESPONSIBILITIES

**Right**: You have the right to expect that as a human being you will be treated respectfully, impartially, and fairly by all personnel.

**Responsibility**: You have the responsibility to treat others, both staff and other inmates, with respect.

**Right**: You have the right to be told the rules, procedures, and schedules about the operation of the institution.

**Responsibility**: You have the responsibility to know the rules and follow them.

**Right**: You have the right to freedom of religion and voluntary religious worship.

**Responsibility**: You have the responsibility to know and respect the rights of others.

**Right**: You have the right to health care, which includes necessary medical and dental treatments. Nutritious meals, proper bedding, clothing, laundry services, showers, ventilated cool and warm fresh air, regular exercise opportunities, and personal hygiene articles are all available to help keep you healthy.

**Responsibility**: You have the responsibility to eat a balanced meal, to maintain neat and clean-living quarters, to follow proper hygiene procedures, to keep your area free of all contraband, and to seek medical and dental care as you may need it.

**Right**: You have the right to visit and correspond (mail/phone) with family members and friends.

**Responsibility**: You have the responsibility to be appropriate during visits, not to accept or pass contraband, and not to break any laws, rules, or regulations through your correspondence.

**Right**: You have the right to unrestricted and confidential access to the courts by correspondence (on matters such as your conviction, civil matters, pending criminal cases, and the conditions of your imprisonment).

**Responsibility**: You have the responsibility to present honestly and fairly your petitions and questions to the court.

**Right**: You have the right to participate in the use of the law library reference materials to assist you in resolving legal problems.

**Responsibility**: It is your responsibility to use these resources in keeping with the procedures and schedule and to respect the rights of other inmates to use the materials and assistance.

## SEXUAL SAFETY AND PRISON RAPE ELIMINATION ACT (PREA)

(See DOC policy on the *Prison Rape Elimination Act*)

The DOC is committed to the prevention of sexual victimization (abuse & harassment), and the promotion of safety and security for all offenders and staff.

### PRISON RAPE ELIMINATION ACT (PREA)

The goal of the Prison Rape Elimination Act of 2003 (PREA), Public Law No: 108-79, is the prevention, detection, reduction, and punishment of sexual victimization in confinement facilities.

- PREA applies to ALL individuals under the DOC's supervision.
- PREA applies to anyone working with, or for, the DOC.
- PREA mandates apply to all institutional settings such as VT correctional facilities, work camps, out of state facilities, etc.
- Vermont has a zero-tolerance policy for sexual victimization.
- This zero-tolerance policy is reinforced at all levels within the DOC.
- All incidents of a sexual nature are investigated! Even if they are reported as, or appear to be, mutual.
- It is against the law for staff to ask for or participate in sexual or romantic acts with inmates.

#### *INCIDENTS OF A SEXUAL NATURE THAT FALL UNDER PREA INCLUDE:*

**Sexualized Behavior:** requested, suggested, or carried out sexual contact committed by an inmate including, but not limited to, kissing, or touching another person, (excluding all examples listed under abusive sexual contacts) which causes or is intended to cause stimulation or gratification where force is not used. Some examples: massages, indecent exposure, showering under the same shower head with another inmate and touching yourself in front of others.

**Sexual Victimization:** using debt, threats of physical harm, peer pressure, lying, favors, or authority to force or influence sexual favors from someone, including abusive sexual contact, non-consensual sexual acts, and/or sexual harassment.

*INMATE-ON-INMATE SEXUAL VICTIMIZATION:*

**Sexual Harassment:** Sexual advances, asking for sexual favors, comments about sexual orientation, or gestures or actions of a derogatory or offensive sexual nature by one resident towards another.

**Abusive Sexual Contact:** intentional touching, directly or through the clothing, of the genitalia, anus, groin, breast, inner thigh, or buttocks of another person, not including accidental touching during a fight.

**Nonconsensual Sexual Act:** penetration of the vulva, anus, and mouth; however slight, by a penis, hand, finger or other object or instrument.

*STAFF SEXUAL MISCONDUCT:*

**Sexual Harassment:** Sexual advances, asking for sexual favors, comments about sexual orientation, or gestures or actions of a derogatory or offensive sexual nature by a staff member towards an inmate/offender.

**Voyeurism:** an invasion of an inmate's privacy by staff for reasons unrelated to official duties such as peering at a resident who is using a toilet in their cell to perform bodily functions; requiring an inmate to expose their buttocks, genitals, or breasts; taking images of all or part of an inmate's naked body or of an inmate performing bodily functions.

**Indecent Exposure:** the display by a staff member of his or her uncovered genitalia, buttocks, or breast in the presence of an inmate.

**Abusive Sexual Contact:** intentional touching, directly or through the clothing, of the genitalia, anus, groin, breast, inner thigh, or buttocks of another person, that is unrelated to the official duties.

**Nonconsensual Sexual Act:** penetration of the vulva, anus, and mouth; however slight, by a penis, hand, finger or other object or instrument.

### *Offenders Are Never Able To Legally Consent To Sexual Activity With Staff.*

It is against the law for staff to ask for or participate in sexual or romantic acts with inmates or offenders under community supervision.

Safety tips include:

- Stay in populated or open areas and within eyesight of staff when possible.
- Be aware of your body language – walk with your head up and eyes straight ahead.
- Use your own possessions – do not accept food, tobacco, or other contraband, clothing, or other items from other inmates.
- Avoid gambling and do not go into debt in any manner as individuals may be expected to repay debts with sexual favors and/or sexual acts.
- Beware of residents that say they will protect you – protection frequently has a cost.
- Buy small amounts of commissary to avoid the impression of having money available to you.
- Talk about subjects other than sex and avoid casual nudity.

### Reporting Sexual Victimization

Serving time is not easy and being a victim of sexual victimization only makes it more difficult. Deciding whether to formally report sexual victimization can be difficult. It is important that you have support. Inmates are encouraged to report incidents of a sexual nature to someone they trust or by using any of the following reporting options:

- Report to any staff member;
- Write a letter to the Superintendent;
- Use the DOC's grievance process. Please see the grievance section below for more information about submitting a grievance about sexual abuse or victimization:
- Tell a family member and ask them to report on your behalf. They can:
    - Call or write the facility;

- E-mail the anonymous tip line at AHS.DOCPREA@vermont.gov; or
- Call the anonymous tip line at (802) 241-0070;

- Use the Offender Reporting Line (see contact information later in Handbook); or
- Report to the Vermont Network Against Domestic & Sexual Violence - **There are multiple programs in the Vermont Network that serve every area of the state.**

You can:

- Ask your caseworker to help you call the local sexual assault program;
- Add the local sexual assault program number to your approved phone list (PIN);
- Write a letter to the sexual assault program at the address provided below and on the back page of the yellow "*You Have the Right to Be Safe"* flyer.

**SUPPORT PHONE NUMBERS & ADDRESSES:**

**VT DEPARTMENT OF CORRECTIONS PREA OFFICE**

Vermont Department of Corrections
NOB 2 South

280 State Drive
Waterbury, VT 05671-2000

***ACLU NATIONAL PRISON PROJECT***

1875 Connecticut Ave. NW, Ste. 410
Washington, DC 20009
(202) 234-4830

***VT DEPARTMENT OF CORRECTIONS VICTIM SERVICES OFFICE***

Vermont Department of Corrections
NOB 2 South

280 State Drive
Waterbury, VT 05671-2000

***DISABILITY RIGHTS VERMONT***

141 Main St., Ste. 7
Montpelier, VT 05602
Toll-Free 1-800-834-7890

***UMBRELLA***

1222 Main St. #301
St. Johnsbury, VT 05819
Hotline: (802) 748-8645

***UMBRELLA***

93 East Main St., Suite 1
Newport, VT 05855
Hotline: (802) 334-0148

***RUTLAND COUNTY WOMEN'S NETWORK AND SHELTER***

P.O. Box 313
Rutland, VT 05701
Hotline: (802) 775-3232

**Voices Against Violence**

P.O. Box 72

Southern State Correctional Facility

St. Albans, VT 05478

Hotline: (802) 524-6575

***Wise***

Hotline: (603) 448-5525
Toll-Free: 1-866-348-WISE

***Prisoners' Rights Office***

6 Baldwin St., 4th Floor
Montpelier, VT 05633-3301
(802) 828-3194

***VT Network Against Domestic And Sexual Violence***

P.O. Box 405
Montpelier, VT 05832
1-802-223-1302

***H.O.P.E Works***

P.O. Box 92
Burlington, VT 05402
Hotline: (802) 863-1236

***Women's Freedom Center***

P.O. Box 933
Brattleboro, VT 05301
Hotline: (802) 885-2050

***VT Statewide Sexual Violence Hotline***

1-800-485-7273

**Women's Freedom Center**

P.O. Box 933

Brattleboro, VT 05301

Hotline: (802) 885-2050

*NOTE: All calls from unit phones are recorded and may be monitored.*

Staff members will immediately tell a supervisor or above when they receive a report of sexual victimization.

The DOC investigates all reports of sexual victimization & sexual activities.

- If you report an incident, an investigator will talk to you (you do not have to tell who did it.)
- You may be referred to mental health for evaluation and/or support.
- You may be referred to medical for evaluation and/or medications that can help if you have come in contact with sexually transmitted infections (STIs).
- If the assault happened recently – within the past 96 hours – you may choose to have a sexual assault examination at the hospital.
- If you choose to speak with a victim advocate, one will be available to you.

You have access to medical, mental health, and victim advocate services whether or not you report the incident or cooperate with the investigator. These services are available with or without naming who did it.

Anyone intentionally providing a false statement of sexual victimization will be held accountable through DOC policy and procedures and may be charged criminally.

## REPORTING LINE

All inmates will have the ability to bring forth serious concerns or complaints regarding themselves or others using the inmate reporting line.

### *Examples Of Appropriate Calls:*

- Mistreatment to include serious verbal, emotional or physical abuse
- Violations of work rules, state policy and statute on the part of staff, contract employee and/or volunteer
- Activity revolving around the use or sale of illicit substances to include, but not limited to medications, drugs, and weapons

- Discriminating or harassing behavior on the part of staff, contract employee or volunteer
- Romantic, sexual, or inappropriate relationships on the part of an inmate, staff, contract employee or volunteer
- Physical assault or the threat of assault to you, your family, or another offender on the part of staff, contract employee or volunteer

For matters that are not serious life safety issues, you should start the grievance process or send the Superintendent an inmate request form with details about the issue.

Inmates may be denied access to calling the hotline if their behavior is disruptive or dangerous. Under those circumstances, the supervisor will provide access when behavior can safely allow.

Messages that are received which are not an emergency and/or don’t express that your safety or well-being are at risk will not be investigated. You will be directed to follow the normal grievance process in such events.

*OFFENDER REPORTING LINE - UNIT PHONE*

Press #1 English or #2 Spanish

Press #0

When asked for your PIN dial 88888123456789

Then dial 555-555-5555

## QUARTERLY SSCF TOWN MEETING

SSCF FACILITY MANAGEMENT TEAM (FMT) WILL MEET WITH RANDOMLY SELECTED INMATES QUARTERLY IN ORDER TO PROVIDE AN OPPORTUNITY TO GIVE FEEDBACK AND SUGGESTIONS ABOUT ISSUES THAT IMPACT THE ENTIRE FACILITY.

- We would like to hear from you about how things are going at this facility
- What is working well
- New ideas you might have to improve SSCF

Issues brought up at this meeting will be added to the Facility Management Team (FMT) agenda and the Department Head meeting discussion topics.

## FACILITY RULES AND RESIDENT DISCIPLINE

(See DOC policy on *Due Process, and #410.01, Facility Rules and Inmate Discipline*)

The following information is provided about facility rules and resident discipline. There are two levels of "Major" violations and other "Minor" violations for which a resident can receive a Disciplinary Report (DR).

The level of the violation and the actual behavior involved in the incident will be used in deciding the sanction. Attempting, planning, aiding or soliciting others to violate one of these rules is a violation of the same rule and carries the same sanction as if you violated the rule itself.

Major DR's can impact your eligibility for parole, work camp and release to the community. Major DR's can also impact your privileges. In some circumstances, the behaviors that lead to receiving Major DR's can result in criminal charges.

Major DR convictions will make you ineligible for inmate employment opportunities for at least 30 days and will make you ineligible for performance pay for a period of time.

Major DR convictions will make you ineligible for facility incentive events.

### MAJOR "A" VIOLATIONS:

Any Major A DR conviction will automatically make you not eligible for a Reentry Furlough for a year from the date of the DR.

Any major DR (either A or B) for violence will make you not eligible for a Reentry Furlough for a year from the date of the DR.

1. **Killing any Person (A02);**

   Pursuant to applicable Department of Correction's directives, conviction for this DR makes you ineligible for work camp;

2. **Assault, physically attacking another person with or without the use of an object or substance (A01E);**

   DOC will forward these offenses to Vermont State Police for criminal prosecution. Pursuant to applicable Department of Correction's directives, conviction for any A01 results in automatic denial of Reintegration Furlough, work camp eligibility and positive parole recommendations for 12 months;

3. **Assault on a Vermont Department of Corrections' employee, contractor, or volunteer. Intentionally striking or attacking a DOC employee, contractor, or volunteer with or without the use of an object or substance, or behaving in such a reckless manner that one's actions cause a strike of a DOC employee, contractor, or volunteer (A01F);**

   DOC will forward these offenses to Vermont State Police for criminal prosecution. Pursuant to applicable Department of Correction's directives, conviction for any A01 results in automatic denial of Reintegration Furlough, work camp eligibility and positive parole recommendations for 12 months;

4. **Sexual Assault (A01B);**

DOC will forward these offenses to Vermont State Police for possible criminal prosecution. Pursuant to applicable Department of Correction's directives, conviction for any A01 results in automatic denial of Reintegration Furlough, work camp eligibility and positive parole recommendations for 12 months;

5. **Fighting where bodily injury is attempted or carried out (A01D);**

6. **Escape from an institution, armed escort, Correctional Officer, to include intentional absence from a furlough or facility work crew from a correctional institution (A03);**

   Pursuant to applicable Department of Correction's directives, conviction for any A01 makes you ineligible for work camp and Reentry Furlough for 12 months;

7. **Creating disturbances that threaten the order and safety of the facility including, but not limited to, riots work strikes and hunger strikes (AO6);**

   Pursuant to applicable Department of Correction's directives, conviction for any A07 will result in automatic denial of Reintegration Furlough;

8. **Possession, manufacture, or introduction of any item that constitutes a danger to the security or order of the facility including, but not limited to, weapons, dangerous instruments, escape tools, or communication devices (e.g., cell phones). This also includes possession of any unauthorized weapon while in the custody of the Commissioner of Corrections outside of a correctional facility (e.g., at court, a hospital, etc.) (A07);**

   Pursuant to applicable Department of Correction's directives, conviction for any A07 will result in automatic denial of Reintegration Furlough and make you ineligible for work camp for 12 months;

9. **Possession, introduction or use of (including, but not limited to) any alcohol, narcotics, depressants, stimulants, hallucinogenic substances, or marijuana (any plant material, extract, or resin of the genus cannabis) or related paraphernalia not prescribed for the individual by the medical provider (A19);**

   DOC will forward attempts to introduce to Vermont State Police for possible criminal prosecution. Pursuant to applicable Department of Correction's directives, a conviction for any A19 will result in automatic denial of Reintegration Furlough, make you ineligible for work camp for 3 months. Attempting to introduce drugs while in work camp will result in removal for at least 3 months;

10. **Refusing to submit to a breathalyzer, alco-sensor, or any method of testing for drugs, alcohol, or intoxicants (A20);**

    Pursuant to applicable Department of Correction's directives, a conviction for any A20 will result in automatic denial of Reintegration Furlough and make you ineligible for work camp for 3 months. Sanction will include placement in Foxtrot for at least 60 days;

11. **The introduction, or attempt at introducing, tobacco of any amount into or onto the grounds of a correctional facility, to include being found to be in possession of any amount of tobacco in excess of one cigarette.**

12. **Giving false information/making a false allegation – Inmates are prohibited from intentionally and/or knowingly making a false allegation against any staff person or any person under contract to the DOC, and/or intentionally misleading staff during their official duty. (A21);**

    Pursuant to applicable Department of Correction's directives, conviction for any A21 will result in automatic denial of Reintegration Furlough;

13. **Arson – Inmates are prohibited from setting a fire or causing an explosion (A08);**

    Pursuant to applicable Department of Correction's directives, conviction for any A08 will result in automatic denial of Reintegration Furlough and make you ineligible for work camp for 12 months;

14. **Security Threat Group Affiliation – Inmates are prohibited from possessing or displaying any materials, symbols, colors, or pictures of any identified security threat group or engaging in membership in or in behaviors uniquely or clearly associated with a security threat group (A22);**

15. **Unauthorized use of the mail, telephone; to include, but not be limited to, making a call to a person on your authorized phone list and having them forward the call to someone not on your authorized list (A23);**

    Pursuant to applicable Department of Correction's directives, conviction for any A23 will result in automatic denial of Reintegration Furlough;

16. **Tampering with fire alarms, fire safety apparatus (such as extinguishers, air pacs, sprinkler heads, hoses, fire blankets, etc.) or any other safety equipment (A24);**

    Pursuant to applicable Department of Correction's directives, conviction for any A24 will result in automatic denial of Reintegration Furlough and make you ineligible for work camp for 3 months;

    **Unauthorized Use of a Computer – using, accessing, or viewing a computer or computer terminal in any manner that is not authorized by departmental personnel; using accessing or viewing a computer or computer terminal for gaining access**

MAJOR B VIOLATIONS

1. **Tampering with locking or security devices or electrical outlet covers (B01A), making hole in walls, damaging windows (B01B), or wearing a disguise or mask (B01D);**
2. **Counterfeiting, forging, altering or reproducing any document, article of identification, money, security or official paper without authorization (B02);**

   Pursuant to applicable Department of Correction's directives, a conviction for any B02 will make you ineligible for work camp for 3 months.

3. **Adulteration of any food or drink with the intent that it be consumed to cause harm (B03);**

   Pursuant to applicable Department of Correction's directives, a conviction for any B03 will result in automatic denial of Reintegration Furlough and make you ineligible for work camp for 3 months.

4. **Assault (B05A), or fighting where serious bodily injury was not carried out, to include inmate-on inmate Sexually Abusive Contact (B05D);**

   Pursuant to applicable Department of Correction's directives, a conviction for any B05 results in automatic denial of Reintegration Furlough and ineligible for work camp for 6 months.

5. **Making sexual proposals to another person, including repeated sexual advances, requests for sexual favors, verbal comments, or gestures or actions of a derogatory or offensive sexual nature by one inmate directed toward another inmate or other person. Including, indecently exposing oneself to another (B06);**

   Pursuant to applicable Department of Correction's directives, a conviction for any B06 will make you ineligible for work camp for 6 months.

6. **Indecently exposing oneself or another (B07);**
7. **Unauthorized absence from headcount (B09);**
8. **Threatening another with harm, bodily injury, or an act with adverse consequences for any reason; to include, but not limited to, the use of debt, threats of physical harm, peer pressure, deceit, or personal favors to force or cajole sexual favors from another (B10);**
9. **Stealing, taking another's property without consent or being in possession of stolen property (B11);**
10. **Failure to carry out any disciplinary sanction order (whether formal or informal resolution) (B12);**
11. **Destruction or damage of state property or property of another valued at more than $50.00 (B28A) or second or subsequent destruction or damage of state property or property of another valued at $50.00 or less within 60 days (B28B);**

    Pursuant to applicable Department of Correction's directives, a conviction for any B28 will make you ineligible for a positive parole recommendation for 12 months.

12. **Extortion, blackmail, or protection in return for money or anything of value (B16);**
13. **Engaging in sexual acts or activity without use or threat of force, to include but limited to, kissing, fondling of self or another person in a manner, which produces or is intended to produce sexual stimulation or gratification without the appearance of threat or harm on the part of both persons (B17);**

    Pursuant to applicable Department of Correction's directives, a conviction for any B17 will make you ineligible for work camp for 12 months.

14. **Interfering with an officer in the performance of duties or any disobedience or refusal of an officer's instruction or order that threatens or disrupts institutional security or interferes with the taking of an official institutional headcount (B18);**
15. **Giving or offering a bribe to a state employee, volunteer, or contractor (B19);**
16. **Conduct which disrupts or interferes with inmate safety or security or the orderly running of the facility (B21);**
17. **Making a derogatory comment to another person, staff, or inmate, regarding race, gender, ethnicity, religious affiliation, or sexual orientation (B29);**
18. **Being in possession of any amount of tobacco in excess of the amount contained in one cigarette (B27);**
19. **The introduction, or attempt at introducing, tobacco of any amount into or onto the grounds of a correctional facility. (B33);**
20. **Misuse of authorized medication, including, inmates transferring or selling their medication to another inmate (B30);**
21. **Tattooing or possession of tattooing tools, or the recipient of a tattoo, this rule pertains only to recipients of "new" tattoos and not to tattoos previously acquired. (B31);**
22. **Failure to abide by transition furlough (from facility) conditions. (B32);**

MINOR VIOLATIONS:

1. **Passing or possession of contraband items other than as described in the Major Disciplinary category (M02);**
2. **Refusing to work (M03)**
3. **Refusing to obey the order of a staff member other than as described in the Major Disciplinary category (M04);**
4. **Unexcused absence from any work assignment (M05);**
5. **Gambling (M08);**
6. **Agitating or provoking staff, volunteers, members of the community, or inmates (M09);**

7. **Failure to maintain proper hygiene (M10);**
8. **Failure to maintain sanitary and orderly housing conditions (M11);**
9. **Destruction or damage of state property or property of another valued at $50.00 or less (M45);**
10. **Engaging in minor disruptive behavior that interferes with normal facility operations or interferes with the program or living environment of other inmates (M16);**
11. **Defacing or misusing state property (M17);**
12. **Malingering or faking an illness (M18);**
13. **Possession of unauthorized clothing, food, or books (M20);**
14. **Using abusive or obscene language, verbal comments, gestures, or actions of a derogatory or offensive nature in the presence of staff, volunteers, or others (M22);**
15. **Unauthorized use of mail or telephone other than as stated as a Major A violation (M24);**
16. **Conduct in violation of visiting rules (M25);**
17. **Failure to abide by facility unit rules not listed in Major categories (M26);**
18. **Driving a motor vehicle of any type without prior approval of Department of Corrections (M33);**
19. **Possession or use, to include being in the presence of, of tobacco smoke, of a small amount of tobacco; i.e., an amount equal to or less than the amount of tobacco contained in one cigarette (M44).**

### Definition Of Possession Of Weapons And Contraband Violations

For violations regarding the possession of weapons and other types of contraband or items not approved by the Superintendent, "possession" is defined as:

An item that is:

- Found on one's person or the clothing being worn by the person;
- Found in one's personal belongings or cell; or
- Found in an area that one has control over and there is independent evidence that the inmate knew it was there.

The following are examples of evidence that you knew the item was in the area:

- There is confidential information supporting that you had knowledge the contraband was there;
- Your behavior led to staff's suspicion that you were hiding contraband;
- Staff saw you with contraband; or
- Other evidence indicating you placed the contraband.

## BASIC RULES FOR RESIDENT CONDUCT

In addition to the above list of violations, you are expected to follow these basic rules of conduct to include living unit rules:

- Residents will follow orders given by any staff member. The orders will be followed promptly and properly.
- Formal headcounts are conducted in **all** units at the following times: 12:15 a.m., 3:15 a.m., 5:15 a.m., 7:30 a.m., 11:10 a.m., 1:30 p.m., 5:10 p.m., 7:30 p.m., and 9:45 p.m. Staff must be able to see skin and signs of life to count you.
- Standing headcounts are conducted at the following times: 7:30 a.m., 11:10 a.m., 1:30 p.m., 5:10 p.m. and 7:30 p.m. You are required to stand in front of your bunk for these head counts.
- Loud talking, yelling, horseplay or other forms of inappropriate behavior are not permitted.
- Trash and rubbish must be deposited in the waste cans, bags or other receptacles provided for that purpose. Recycling should be placed in appropriate bins.
- Residents will approach and address staff with respect and courtesy. Derogatory remarks to or about staff could result in disciplinary action.
- No running is permitted within the facility other than the gym or the recreation yard. Residents must walk at a normal pace and in an orderly manner directly to the area in which they are supposed to be.
- Spitting is only allowed in sinks and toilets.
- Residents will immediately give their name to any staff who requests it.

- Any electrical, plumbing malfunction or other serious safety hazards must be reported to the Unit Officer immediately.
- Residents will submit to a pat search or a strip search when ordered.
- Residents may only enter the staff offices by invitation. Congregating outside of the office is not allowed.
- The movement to chow is to be done as a unit when meals are announced in the living unit.
- TV and lights must be turned off at 12 a.m. on Sunday through Thursday and 2 a.m. on Friday and Saturday.
- Shirts, pants (or shorts) and footwear will be worn in the day room always. This includes going to and from the shower.
- Only laundry workers are permitted in the laundry room unless approved by the CSS/LUS. When performing laundry duties, the laundry worker must stay in the laundry room.
- Residents may not enter another resident's cell to include going past the yellow line to visit.
- Standing or loitering on the top tier is not allowed. Residents may only be on the side of the tier where their cell is located. Residents who do not reside on the top tier are prohibited from going on the top tier.
- Unit meetings are mandatory unless excused by the CSS.
- Religious services or worship in the day room is not permitted.
- The day room noise is to be kept at a respectable volume to not disrupt residents.
- Residents are not permitted to cross the yellow line located around the officer's podium without permission.
- Dayroom lights come on at 6 a.m. until 10 p.m.
- Hats and caps may not be worn inside buildings.
- Food may not be shared or taken from chow halls.
- Electronic communication devices are prohibited in the main core building. Violations of this may result in a loss of the device for 30 days or more.
- Food and drink are prohibited in the main core building. One beverage is allowed for main core building workers.
- Tampering with facility postings may result in a DR.

- General Population Inmates are not allowed to talk to Foxtrot or India Inmates who are in Foxtrot or India rec yards or through the Foxtrot or India Inmate's windows.
- Sharing, swapping, gambling, or selling of property is not permitted. All shared, traded, or sold property is considered contraband will be disposed of.

Attire and ID

- Rules regarding uniforms and appropriate resident attire must be followed always.
- You will get an ID bracelet upon arrival. The ID bracelet is used for getting medication, meals, commissary, access to authorized areas within the facility and participation in various programs.
- You are required to wear your ID bracelet at all times. If you do not have your ID card a minor DR for violation of facility rules will be issued.
- It is your responsibility to immediately notify the unit officer if your ID bracelet is lost, stolen or damaged. The ID bracelet is the property of the state and you are expected to show your ID bracelet when asked.
- Residents are responsible for the condition of their ID bracelet. Any alterations to, destruction of or loss of your ID bracelet will result in disciplinary action with up to $3.00 withdrawn from your account. Nothing should be taped or affixed to your bracelet. Old or worn bracelet will be replaced at no charge if the old bracelet is turned in.
- If you use, try to use, or are in possession of another's ID bracelet you shall be considered possessing contraband or unauthorized property, or stealing property belonging to the state or another offender;
- If you lose your ID bracelet you will be issued a minor DR. You will be able to go to the dining room and medication call if you lose your ID bracelet but unable to attend recreation, volunteer or other activities until your ID bracelet has been replaced.

Room Inspection

- Residents must be out of bed with their room cleaned and ready for morning room inspection between 7:30 a.m. and 8:30 a.m. and after the 11:10 a.m. headcount on weekends and holidays. 2nd Shift Unit Officer will also do a daily room inspection between 7:30 p.m. and 9 p.m.
- Sheets and clothing are to be changed/laundered weekly per facility laundry schedule.
- Legal papers must be neatly stored in your property bin. Legal work exceeding the DOC limit must be stored in property per Administrative Directive on Offender/Resident Property.
- Use of televisions is a privilege. A television may be removed if abused or because of inappropriate behavior or rule violations. Some cells will not have a television.
- Cells are to be clean and to room inspection standards always. Cell vents may not be covered.
- No items may be posted in or on any windows.
- Any documented medical approval for additional items must be produced upon staff request.
- Only one plastic bin is allowed per resident. All possessions except for commissary, coat and shoes need to fit in this bin. Bins must be kept under the bunk and may not be used as tables or shelves.
- When inmates are not sleeping in their bed, the bed must be made according to room inspection standards. Inmates may cover themselves with blankets when in bed, but if they choose to do this, they will be woken up to allow staff to properly conduct observations.
- TVs and radios must be turned off when leaving the cell. Doors are not to be left open. TV level should not disturb the living unit.
- Cell doors must be secured always.
- Wedges are not to be placed in cell door frames.
- Only one plastic chair is allowed per cell.
- Dirty laundry is placed in the laundry bag.
- The floor is to be clean of debris and stains.
- Toilet and sink are clean and flushed.

- Items may be hung on the wall within the designated 2-foot square outlined area. No nudity is allowed.
- Holes in walls are not to be used as hangers.
- Nothing should be covering windows (exterior or interior) or screens.
- Nothing should be hung from bunks.
- No rugs or blankets are allowed on the floor, except for prayer rugs.
- No excess supplies are allowed in cells such as toilet paper rolls.
- The 2-foot square outlined area designated for displaying items in a cell is intended for personal pictures, children's drawings, calendars, approved religious items and other similar items. DOC Directive defines any item that has been altered from its original form to be contraband. Removing photos or pages from magazines, newspapers or other publications is an alteration.
- During cell searches, all items will be removed from cell walls for inspection. The fewer items on the wall the less you will be inconvenienced during cell searches.
- All altered photos or similar items will be confiscated and destroyed.
- Definitions in Directive 409.05 of 'sexually explicit content' will be strictly enforced. Staff is responsible for creating a safe and pro-social living environment for staff and inmates. Any photo with explicit content that is even minimally questionable will be confiscated.
- Failure of Room Inspection will result in a DR.
- Cell lights are to be on from 6 a.m. until after room inspection.

### Approved Sanctions For All DRs

Depending on the type of violation and the behavior involved in the incident, one or more of the following approved sanctions may be applied to the resident when a DR is upheld:

- Removal from facility recreation/optional activities
- Restriction to the area of living unit (not just cell or room)
- Institutional Service/Repair

- Reprimand;
- Apology;
- Required written essay concerning the infraction or participation in a structured activity pertinent to the offense (Thinking Report);
- Monetary Restitution – only for violations which resulted in damage to state-owned property or property of another.
- Loss of electronic communication systems
- Loss of commissary
- Loss of contact visits
- Mandatory participation in a facility run Behavior Intervention group
- Change in living unit;
- Early lock-in;
- Temporary loss of the use of personal property (never for more than 30 days);

For all inmates housed in general population the following two sanctions will be required for all minor DR's:

1. Locked-in or out of the cell.
2. Loss of next commissary order (consecutive to other sanctions) and GTL tablet privileges.
3. One-day restriction locked-out or lock-in of the cell (consecutive to other sanctions).

*Lock-out and lock in occur for a 6-hour block of time.*

If locked in the cell, general population residents may attend meals and meds as required during lock-in sanctions.

If locked-out of the cell, you are prohibited from entering your cell except for head counts and to use the restroom.

- If you become disruptive to the unit during your lockout sanction you will either be issued another minor DR (which will result in more lockout time) or you may be removed from the unit and issued a DR for failing to complete your sanction.

- You are required to be out of your cell and in full uniform during your lockout sanction. This will enable you to leave the unit for meals, medications, and recreation activities. You are not allowed to enter your cell for additional clothing items.
- If you wish to shower you are encouraged to do so before your lockout sanction begins. You will not be permitted to enter your cell to change clothes, gather toiletries, etc. when the sanction starts except during headcount.
- Bring to the day room a book, radio, etc. that you might need before your sanction begins. You are responsible for the items you bring to the dayroom. You will not be permitted to retrieve these items after. You may ask your roommates to retrieve or return items for you, but you cannot enter your cell.
- Your unit officer can give you permission to enter your cell for special circumstances. Continually asking officers to enter your cell during a lockout sanction can be considered agitating and provoking which can result in another minor DR. Forgetting something is not a special circumstance.
- During a lockout sanction, you can participate in all other facility activities you are eligible for. You are encouraged to do so!
- If you enter your cell at any point (except for headcount) you will have failed to complete the sanction. You will be issued a DR. The sanction for this DR can include restarting the minor DR sanction and/or other increased sanctions to include segregation time.

You will be provided with facility issued hygiene products if you have lost your commissary ordering privileges.

The privilege of ordering commissary is a valuable one. All residents are encouraged to follow facility rules to ensure your commissary orders are not interrupted.

Earning additional minor DR will result in the sanctions running consecutively to any other minor DR sanctions.

*For example, your first minor DR results in the loss of your next commissary order. Picking up another minor DR during that time will add another week before you are eligible to receive commissary.*
*Monetary restitution will be added to all DRs involving the damage or destruction of property in addition to the standard minor DR sanctions.*

- Temporary loss of the use of personal property for a pre-determined and specific amount of time never to exceed 30 calendar days
- Institutional community service/reparation
- Reprimand
- Apology
- Written essay concerning the infraction or participation in a structured activity pertinent to the offense
- Make monetary restitution

Choosing to disregard or violate the minor DR sanction will lead to a Major DR which carries even larger sanctions. **There is never an instance where it is better to turn a minor DR into a Major DR.**

## THE "COSTS" OF A MAJOR DR

Facility staff would prefer to intervene on negative behaviors at the lowest level possible. Staff will make attempts to respond in some way to every rule violation. Ignoring rule violations sends the message that rules are not taken seriously which only encourages additional violations.

Consistent enforcement of facility rules increases the safety of everyone.

It is important to work with the staff member addressing you on a rule violation and take corrective action as quickly and as pro-socially as possible. This may remedy the situation before it escalates.

Minor DR sanctions are used to address lower-level rule violations and none of the sanctions have a long-term impact on you.

On the other hand, Major DR sanctions carry with them an assortment of additional "costs."

### BEING CONVICTED OF A MAJOR DR CAN INCLUDE THE FOLLOWING COSTS:

- Elevation of your custody level which could impact your unit placement, work camp eligibility, RF, etc.
- Loss of contact visiting
- Denial of the Reintegration Furlough which can prevent you from getting out of prison prior to your minimum (All Major A DRs)
- Negative parole recommendations
- Denial of work camp placement which will result in staying in prison longer

Some DR's require referral to law enforcement which can result in criminal charges.

Your probation officer will review your DR history as you get closer to your eligibility for release. Having a significant Major DR history can be concerning to the field office and can lead to additional case planning requirements prior to release.

Minimal DR histories will be viewed positively during release planning and can open additional opportunities for you.

Hearing Officers do **not** determine any of the above consequences. It is not possible for a hearing officer to know in advance if your custody/classification, work camp, RF or parole recommendation will be impacted by a major DR conviction.

If you sign a waiver in exchange for a specific sanction, then the only agreement that has been made is for the specific sanction which is written on the waiver form.

## DR APPEALS

(See DOC policy on *Inmate Discipline)*

**INMATE DISCIPLINARY APPEAL FORM**

*If you wish to appeal a DR conviction, you must fill out and file this appeal form within seven (7) business days of receiving the final decision. Failure on your part to file an appeal within seven (7) business days may result in your appeal being denied solely on the basis that it was not filed in a timely manner.*

Inmate Name: ________________________________ DOB:________

Facility: ____________

DR conviction being appealed: ______________________________________________

Reason(s) for your appeal:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

*(Attach additional sheets if needed.)*

______________________________________________________________________

*Inmate signature* *Date*

Staff member who received this appeal:

______________________________________________________________________

*Staff Signature* *Date & Time*

------------------------------------------------------------------------------------------------------

You may file an appeal to the Superintendent within seven days of the hearing. If you fail to file your appeal within that time the appeal can be denied solely on that basis.

If you waived your DR hearing, then you have no right to an appeal. Minor DR's cannot be appealed through this process.

You must list specific reasons why your due process rights were violated. Not agreeing with the decision is insufficient reason to appeal. You should list all due process violations.

To file an appeal, you must provide your DR appeal form to a **COII or CFSS**. The form will be signed and dated by the COII or CFSS and you will be provided with a copy of the document. Ensure a staff member signs the form and provides you with a copy. This is your proof that you submitted an appeal. Retain this copy for your records.

The Superintendent will respond to the appeal within thirty (30) calendar days from the date the appeal was delivered by the inmate to a COII or CFSS.

## DINING ROOM RULES

You will be given the opportunity for three meals every day, but you can decline a meal. You must be in the correct uniform to be admitted to the dining hall. You will have 20 minutes to eat your meal. Most of the time you will eat in the dining hall, but under emergency or special circumstances, residents may be assigned to eat in other designated areas.

The dining hall has rules to help create a positive and healthy atmosphere. The following rules apply to all:

- When you get in line, stay in line.
- Meals will normally be served cafeteria style. What you are served is what you can have. Asking for more slows up the line and may not allow others to eat.
- Please eat what's on your tray to keep waste to a minimum.
- You may go through the serving line once per meal.
- Please stay seated until you're ready to leave the dining hall. Make sure to clean your eating area and turn in all trays, cups, utensils, and other similar items before leaving.
- Your meal is yours, not anyone else's. Sharing food or passing it to another is not allowed.
- If it didn't come with you, it can't leave with you.
- The dining hall is for eating. If you are loitering, visiting, or engaging in other similar activities and not eating you will be issued a minor DR.
- If you have an allergy, or dietary restriction make sure to fill out the proper form and get it to your caseworker. Your food needs will be given to the kitchen so that they can make sure you get the right food.
- If you are on a special diet and take a regular tray your special diet will be permanently discontinued.

This facility utilizes a technique of 'blind serving' to ensure that everyone gets a similar meal. Only residents on a special meal list are identified through to kitchen workers.

Residents in the chow hall will not engage in communication with kitchen workers. The only communication that will be given to kitchen workers is the name of a resident waiting for the special diet tray.

Communicating between resident kitchen workers and residents in the dining room can result in a minor DR.

## MAIL

(See DOC policy on *Inmate Mail, Publications, and Audio/Video Regulations*)

Mail is important to stay in touch with family, friends, lawyers, and others. The facility will deliver your mail as quickly as possible while maintaining a safe and secure facility.

You may write to and receive letters from anyone that you choose, as long as they are not incarcerated or on your "Do Not Contact" list. You will not be allowed to mail another resident of a correctional facility unless it is approved by the Superintendent. You may submit a Request for Inmate-to-Inmate Correspondence form to the Superintendent, and if it is approved, you may then exchange mail with another resident.

You may write or receive as many letters as you wish. DOC will provide postage for up to seven (7) letters a week. You may buy stamps through commissary for any additional postage.

### OUTGOING MAIL

All outgoing mail must include your full name and the address of the correctional facility written legibly on the upper left corner of the envelope.

### INCOMING MAIL

All incoming mail will be inspected when it arrives at the facility. It will be opened and checked for contraband. If there is a reason to suspect that incoming mail contains contraband or is a threat to the security of the facility, the mail may be read. Incoming mail must contain the sender's complete name and return address, or it will be returned to the post office.

Mail will generally be delivered to you within a day of arriving at the facility. The envelopes will not be delivered.

*THE INSTITUTION'S MAILING ADDRESS IS:*

***SOUTHERN STATE CORRECTIONAL FACILITY***
***700 CHARLESTOWN ROAD***
***SPRINGFIELD, VT 05156-4400***

### ADDITIONAL MAIL RULES

The following rules apply to mail received by or sent from a correctional facility. You may not:

- Correspond with a current DOC employee, volunteer, or contract staff person for purposes other than DOC business unless prior authorization is obtained from the Superintendent;
- Send mail containing threatening, harassing, or obscene materials;
- Send mail containing criminal solicitations or furthering a criminal plan;
- Use the facility address to fraudulently identify yourself as a staff member, agent, or representative of the facility;
- Correspond with any prohibited party through a third party;
- Send "bill-me-later" or free gift transactions.
- Send or receive any mail containing contraband;
- Send or receive mail written in code;
- Send or receive mail containing unsanitary or hazardous material;
- Send or receive mail that advocates the interest of a security threat group;
- Send or receive battery-operated greeting cards;
- Receive mail or homemade artwork in mail that has any item affixed to it with glue or other types of adhesives;
- Receive nude photographs or sexually explicit drawings;
- Receive envelopes, blank paper, or stamps through mail;
- Send or receive plans for escape or how to introduce contraband;
- Receive materials that describe procedures for the brewing of alcoholic beverages or the manufacture of drugs;

- Receive Polaroid-type photos;
- Receive or send out maps, atlas descriptions, Internet depictions, or drawings that depict the facility or the local geographic region; or
- Send out mail that violates DOC directives or procedures.

## SUICIDE PREVENTION

(See DOC Policy on *Suicide Prevention)*

It is our policy to address the health and safety of those at risk for self-harm and to standardize suicide prevention procedures.

Any staff that hears someone express a desire or intent to commit suicide, observes someone making an attempt or suicidal gesture, or observes someone displaying any concerning and/or unusual behavior are required to implement suicide precautions and notify the Shift Supervisor.

The Shift Supervisor may take additional steps, including increased supervision or movement to special housing to ensure your safety.

Precautions can include requiring staff to closely monitor your behavior and record their observations in writing. Although those on observations can be housed in general population it may also be necessary in some cases to move you to a new housing assignment to facilitate increased safety. Certain activities can be restricted because you are on special observations if it is to increase your safety.

Signs of a possible suicide include depression, threatening, or talking about suicide, being under the influence of drugs or alcohol, hopelessness or helplessness, mood changes, packing belongings, giving away possessions or self-harm.

If you should observe another resident displaying any of these signs, then you should contact a staff person immediately to let them know; trust your intuition. We will make every effort to keep the information you provide us confidential.

## VISITS

(See DOC policy on *Inmate Visits*)

DOC encourages you to keep in contact with your family and friends. If you wish to receive visitors, they must be pre-approved. You may submit a list up to 10 people to your caseworker for review. The list must include the exact address and dates of birth for all visitors.

Visitors and residents must follow rules set by DOC. If a visitor does not obey these rules, the visit may be stopped and his or her ability to visit residents in a DOC facility may be suspended. Violations of these rules by you or your visitor could also lead to disciplinary action against you or the loss of all your visiting privileges.

The first full visiting week of each month will now include the allowance of physical contact. Physical contact is limited to one embrace before and at the end of the visit. Hand of both offenders and visitors must be above the waistline and visible at al times during the embrace. There is no kissing or any other type of contact. Any deviation will result in a cancelled visit.

## WHO MAY VISIT

### *ADULTS*

For someone to visit you, he or she must be on your approved visiting list. The following people will need special permission prior to being approved as visitors:

- Current or past staff members or contractors of the DOC will need the written permission from the Superintendent before visiting;
- Anyone under the supervision of the DOC will need a written approval from his or her assigned probation or parole officer; and
- Anyone who was a victim of your crime will need permission from the DOC Victim Services Unit and follow additional procedures before being granted approval.

If you have been prohibited from contacting someone by a court or probation order or the conditions of your required programming, that person will not be approved as a visitor.

All adults need a government-issued (state or federal) photo ID to be allowed to visit. This photo ID must prove that the visitor is the person on the approved list.

#### *CHILDREN*

Children may visit residents in facilities. The DOC recommends that all children under the age of 18 be accompanied by their parent or legal guardian when visiting a resident of a correctional facility but recognizes this is not always possible.

Children under the age of 18 must be accompanied by an adult for the entire time they are at the facility. In cases when the parent or legal guardian cannot be the one to accompany the child, the parent or legal guardian must provide a notarized statement granting permission for the visit. The notarized statement must include the name of the adult who will be with the child during the visit and state that person is 18 years or older.

All children wishing to visit a resident at a facility need to be able to confirm their identity with ID. Acceptable forms of ID for children are:

- Any government-issued photo identification;
- Driver’s license, with photo;
- Social Security Card; or
- Birth Certificate.

### DRESS CODE

The DOC has a dress code for visits to correctional facilities. There are rules for both residents and visitors.

#### *RESIDENTS*

To receive visitors, you must be dressed appropriately. You will not be allowed to wear watches, hats, or shorts of any type.

#### *VISITORS*

For your visitors to be allowed to enter the facility they must not wear:

- Clothes with holes, rips, tears, or pockets torn to allow access beneath the garment (clothing must be completely intact);
- Clothing which closely resembles correctional officer or law enforcement uniforms (police, sheriffs, marshals, etc.);
- Sweat suits;
- Hat, headbands, or hooded clothing;
- See-through clothing of any kind;

- Low cut or V-neck sweaters, blouses, or shirts;
- Shirts or blouses too short to tuck in, or that expose the midriff;
- Tank, halter, or tube tops;
- Skirts, dresses, or shorts with slits that reach two inches or more above the knee;
- Clothing that appears provocative or inappropriate (e.g., shirts that do not conceal inflammatory tattoos or convey anti-social messages), in the opinion of the staff member registering the visitor; or
- Metal hair ornaments
- Watches worn by visitors must be stored in a locker or left in the visitor's car.

Children 10 years old and younger may be allowed to visit wearing shorts, skirts, or dresses shorter than mid-thigh, rompers, sleeveless shirts, etc. The staff member registering the visitor will decide if the clothes are acceptable.

### PROHIBITED ITEMS

Visitors are not allowed to bring any items into the visiting room. The only exceptions to this rule are bottles, pacifiers, or "sippy cups" for children age 2 or younger. Inmates are never to have contact with these items. Lockers are provided to secure the personal items of visitors, but the DOC does not assume liability for lost or stolen items.

Tobacco products and lighting materials are banned from facilities. They may not enter the facility but may be left in a visitor's vehicle while it is on the facility property.

The following items are not allowed on the facility property:

- Weapons, tools, or items that may aid an escape;
- Illegal drugs;
- Pharmaceutical drugs not prescribed to the specific individual by a physician or not in their original container; or
- Drug paraphernalia.

Residents will be pat searched before entering the visiting room. If any unauthorized item is found, it will be taken and destroyed. The following items are not allowed in the visiting room:

- Food, drink, or commissary items;

- Resident medicine bags, even if the resident has been approved to carry the bag throughout the facility;
- Radios or other sound producing items.

### OTHER RULES

The following additional rules apply to visits:

- You are limited to three adult visitors at any given time.
- Visitors are expected to obey all reasonable and lawful directions given by DOC staff.
- Visitors will not be allowed into the building if they appear under the influence of alcohol or a drug. If the visit is already in progress and a staff member suspects a visitor is under the influence of alcohol or drugs, and the visit will be ended.
- You will not be permitted into the visiting room if you do not have a visitor.
- You will not be allowed into the visiting room before your visitor.
- Once you go into the visiting room, you will not be allowed to leave until the visit is completed. If you need to leave the visiting room at any time, including to go to the restroom, the visit will be ended. You will not be allowed to accompany a visitor out of the visiting room.
- Visitors may use the restrooms located in the visiting reception area only.
- Religious head covering will be searched upon entering and exiting the visiting room. Medicine bags are not allowed into the visitation room.
- All children must be kept under control at all times.
- You are not allowed to have any physical contact with visitors over the age of 11.
- You must keep your hands on top of the table during your visit.
- You are not permitted to physically discipline any child.
- Any fighting, yelling, arguing, swearing or other disruptive behavior will result in the immediate end of the visit.
- You may not pass an item to a visitor without prior permission from the Shift Supervisor or the Reception/Visiting officer.

- Money may not be passed or exchanged between visitors and residents.
- You are responsible for keeping the visiting area clean at all times.
- When a visit is ended, visitors must leave the property.
- You will be strip searched before returning to your unit.
- Vehicles in the parking lot must be locked.
- Children and pets may not be left unattended in any vehicle on state property.
- If you or your visitor require any special accommodations, they must be arranged and approved in advance of the visit.

### DENIAL OR TERMINATION OF A VISIT

In addition to any violation of the rules outlined above, the Shift Supervisor can deny or end a visit under any of the following circumstances:

- The visitor refuses to be scanned by a metal detector;
- The visitor or resident fails to prevent their children from disturbing other persons in the visiting area;
- Verbally or physically disruptive behavior by you or your visitor;
- Excessive physical contact between you and a visitor 11 years old or younger;
- Any physical contact between you and a visitor over the age of 11;
- The visitor attempts to introduce contraband into the facility, including tobacco;
- An institutional emergency; or
- Another reason, as determined and documented by the Shift Supervisor.

### VISITING SCHEDULE

#### *SATURDAY*

*8:30 a.m. – 10:30 a.m. ECHO*
*11:00 a.m. – 1:00 p.m. BRAVO/CHARLIE/ INFIRMARY*
*1:30 p.m. – 3:30 p.m. INDIA*

#### *SUNDAY*

*8:30 a.m. – 10:30 p.m. DELTA*
*11:00 a.m. – 1:00 p.m. GULF*
*1:30 p.m. – 3:30 p.m. HOTEL*

Visits to Foxtrot are arranged via video visitation requests made by the resident to the CSS.

## PHONE SYSTEM

(See DOC policy on *Telephone Use)*

The phone system is a collect call or debit calling system.

Steps for making a call:

- Submit a PIN sheet through the mail with the full names and phone numbers you wish to call. A maximum of 10 numbers can be submitted.
- After the numbers, have been approved, you will be assigned a 14-digit number that will be requested when making calls.
- Any changes to PIN sheets must be submitted in writing and will be processed the next business day after CSS's have verified contact information.

Any issues regarding the phone need to be submitted in writing to the administrative staff in the front office. Debit calling may be purchased through the commissary ordering process.

Submitting PIN requests or calling individuals that you are prohibited from contacting due to DOC or court order will result in disciplinary or legal action against you.

*Sharing your PIN# with another inmate can result in deactivation of your number while a new number is assigned. This can take several business days. Do not share your number with any other inmate.*

All telephone conversations, except for privileged communications (lawyer phone), shall be recorded and may be monitored.

## GTL VIDEO VISITATION

Video visitation will be available to people who are on your approved telephone list. Individuals who are on the banned list will be allowed video visitation. This privilege will be rescinded if the system is abused or used to violate rules.

The hours available to SSCF inmates are available everyday: 8:30-11:00 a.m., 11:45-1:20 p.m., 1:30-4:30 p.m. and 6:00-7:00 p.m.

## GRIEVANCES

(See DOC policy on *Offender Grievance System for Field and Facilities*)

If you have a complaint about an action or decision made by a DOC staff member, the DOC encourages you to first try speaking to a Corrections Officer or your CSS (“caseworker”) to see if the problem can be addressed. If the issue cannot be resolved at that level, then you should use the grievance process below:

1. Submit a written Informal Complaint & Plan for Resolution Form with any staff member as soon as possible. form. This informal complaint must be submitted within 10 business days. These forms are in your unit and start an informal process. You should include the details of the complaint, how you tried to resolve the issue, and what outcome you would like to see.

2. If the issue is not resolved through the informal complaint process, you can file a formal grievance form with any staff member. You must include the informal complaint when you submit the formal grievance form. These will be forwarded to the Grievance Coordinator.

3. The Grievance Coordinator will review the grievance and will appoint a staff member to investigate.

4. The person investigating the grievance will gather all the relevant information surrounding the incident and make a recommendation to the Grievance Coordinator.

5. The Grievance Coordinator will review, add comments as necessary, and forward the completed investigation to the Superintendent with his or her recommendation.
6. The Superintendent will add his or her comments and will ensure you are provided with his or her written response.
7. If you are not satisfied with the decision of the Superintendent, you have 10 business days to file a Decision Appeal to appeal to the Corrections Executive.
8. The Corrections Executive will review the appeal and provide you with a written response.
9. If you are not satisfied with the response from the Corrections Executive, you have 10 business days to file a Decision Appeal to the Commissioner of Corrections.
10. The Commissioner will review the appeal and provide you with a written response.

The DOC cannot retaliate against you in any way for filing a grievance. If you believe you have been retaliated against or threatened because you filed a grievance, you should report it. Reports can be made to the Superintendent, any supervisor, or the Agency of Human Services Investigations Unit.

### Sexual Abuse or Victimization, or PREA-Related, Grievances

There is no time limit on when you may submit a grievance about sexual abuse or victimization. If your grievance includes other issues, the above timelines may apply to those portions of your grievance.

If you wish to submit a grievance about sexual abuse or victimization, you should not submit it to a staff member named in the grievance. Once your grievance is submitted, it will not be referred to any staff members named in the grievance.

Others, including inmates, staff, family members, attorneys, or advocates, may help you in preparing a grievance about sexual abuse or victimization. They may also submit the grievance for you if they have your permission.

The DOC may only discipline you for filing a grievance about sexual abuse or victimization if it can show that you filed the grievance in bad faith.

Timeline for PREA-Related Grievances

The DOC must issue a final decision on any grievance about sexual abuse or victimization within 90 days of when it is submitted. This does not include the time you may use preparing an appeal.

In some cases, the DOC may claim an extension to respond. The extension may not be longer than 70 additional days, and the DOC must write to you with a new deadline date.

**In emergency cases:**

- The facility must provide a response to grievances about sexual abuse or victimization within 8 hours; and

- The DOC must give a final decision within 5 calendar days.

The DOC is required to provide a response at each level of the grievance process. If you do not receive a response to your grievance about sexual abuse or victimization within the required timelines, you may move your grievance to the next level of appeals.

## GRIEVANCES AGAINST STAFF

There may be occasions where you believe a staff person is not following the rules or you are concerned about the way you are being treated. When this occurs, you are encouraged to try communicating with staff, talking with the supervisor, or writing the Superintendent to see if the situation can be resolved. When that is not possible you may submit a grievance.

You have ten business days to start the grievance process. It is best to write your grievance after you have taken some time to think about the problem. Writing grievances when you are upset sometimes results in a poorly worded grievance. We encourage you to use the time allowed.

Grievances alleging staff misconduct can include violations of civil, constitutional, or statutory rights, or of a departmental administrative directive. This can also involve allegations of criminal or prohibited acts.

Grievances that have these elements are taken very seriously by the supervisors and management of SSCF. Each grievance is reviewed and investigated.

No staff member may retaliate or threaten to retaliate against you for filing a grievance.

All matters related to personnel investigations are considered confidential. For this reason, you will not be provided with anything beyond a generic answer to grievances alleging staff misconduct.

Standard responses to grievances alleging staff misconduct can look like this:

*"Your grievance issue involves allegations of staff misconduct. Your grievance will be reviewed by management staff. You will not be notified of the outcome of the review because personnel investigations are considered confidential."*

It is possible that you may be interviewed as part of an investigation. The Superintendent can choose to review the matter internally or refer the issue to an outside investigator.

It is important to remember that submitting false allegation against staff can be subject to disciplinary report (A21). It is important, to be honest with your descriptions.

*Something to be aware of…*
*If your issue involves a matter of life safety or serious staff misconduct, then your best option is to use the "emergency grievance process".*
*This will ensure that a supervisor is made aware of your concern during the shift.*
*If your call to the reporting line does not involve a life safety or an issue of serious staff misconduct you will be referred to the grievance process.*

## ATTORNEY ACCESS

(See DOC policy on *Inmate Visits)*

You will have access to your attorneys or designated representatives under the following conditions:

- Attorneys or their authorized representatives may visit you Monday through Friday 8—11 AM and 1—4 PM. After hours' visits with attorneys or their authorized representative must be approved by the Shift Supervisor on duty prior to the attorney or their authorized representative's arrival.
- All legal visits shall be in the attorney rooms and/or visiting room. At no time, will attorneys be allowed into the living units.

- Incoming legal calls will be transferred to an attorney phone between the hours of 8 AM—10 PM.
- Legal mail from the courts, lawyers, Vermont State, or federal officials will not be subject to any form of censorship. This mail will be opened by an officer in front of you.

Your assigned CSS should not be your primary method for leaving messages for your attorney. If you need to contact your attorney, you should send out written correspondence through the mail.

## INMATE LAW LIBRARY

(See DOC Policies on *Inmate Access to Courts*)

The facility has a law library. Depending on your housing status, you may be granted direct access to the law library or you may request resources from the library to be delivered to your unit.

The law library has resources available to aid you in filing claims with the court. The library contains legal resources, DOC policies, and a variety of forms you may need. There are computers or typewriters available, and you can buy supplies including paper, pens, pencils, and envelopes.

The facility Law Library is in the Main Core Building within Education. You can obtain requests for the library use through the unit officer. The hours of the Law Library are posted on the door of the Law Library.

## CORRECTIONAL SERVICE SPECIALIST (CSS)

You will be assigned a Correctional Service Specialist upon arrival. This person is referred to as a "Caseworker." Your caseworker manages your case within the guidelines of the #371 series of department policies. These policies can be found in the law library located in the visiting room.

You are encouraged to form a partnership with your CSS to help you overcome obstacles and ensure you are following your case plan. Your CSS can be a valuable resource for you in many ways. It is important to remember that your caseworker is assigned to more than just your case and must first work on issues based on their level of importance and time sensitivity.

Some helpful tips to keep in mind to maximize your interactions with your caseworker:

- Keep a list of all the issues you need to discuss with your caseworker, so you are always ready to have a productive meeting when they meet with you.

- Fill out an *Inmate Request Form* to your CSS when you need to meet with them. It is helpful to indicate the reasons you need to speak with them, so they can prioritize the issues.
- Remember that as many as 50 other requests are going to your CSS that might be just as important as yours. If you are not seen right away, then please write your CSS another request in case your first attempt was missed.
- If you have an issue with your CSS, then you should write the Living Unit Supervisor an *Inmate Request Form* and let them know the problem you are having so that they can handle the issue at the lowest level. This is usually the quickest and easiest way to deal with issues.
- Your CSS is not responsible for calling your attorney. You are encouraged to write your attorney when you need to have contact with them.
- Your CSS is not responsible for providing you with phone calls to people on the outside. You will likely be provided with an initial phone call at intake. If you wish to make additional phone calls, refer to details on getting a PIN sheet set-up.

## INDIGENT INMATES

You are considered an indigent inmate if you hold an account balance of $10 or less for 30 days or more. Indigent inmates have no source of income from the outside.

If you qualify as an indigent inmate, the facility will supply you with the following essential items:

- Hygiene items - At Commissary Distribution
- Clothing
- Footwear
- Paper and envelopes
- Writing utensils
- Some basic over the counter medications as determined by medical staff

If you are an indigent inmate, you will need to follow a process to obtain the items mentioned above:

1. Fill out an Inmate Request Form with details about your request
2. Address the Request Form to “Inmate Accounts”.

3. Administration staff will verify your status as an indigent inmate by conducting a review of your balances.
4. Administration staff will approve or deny your request.
5. If approved, you will be notified, and arrangements will be made to provide you with the requested items.
6. If denied you will be notified through the return of the Inmate Request Form.

SSCF provides opportunities to earn money while residing at the facility. You are encouraged to submit an employment application in order to be hired for one of the paid facility jobs that are available. This is your best mechanism for obtaining funds and being able to obtain commissary items that you would like to have.

## PROPERTY

(See DOC policies on *Offender Property*)

The **Inmate Allowable Property Matrix** shows the types and amount of property you can have, depending on your classification and status. It includes the limits for each type of property. The Matrix is in this guide, The Resident Property Guide, and posted in the living unit.

The Resident Property Manual contains more information; use it when you have questions about the rules about the property in facilities.

### ADMISSION TO A CORRECTIONAL FACILITY

When you enter a facility, your personal property must be inventoried and entered into the computer by a Correctional Officer. You will only be allowed to keep items that are approved, per the Inmate Allowable Property Matrix. You may be denied some items if they can be used to hurt yourself or others, or if they are provided by the facility or can be purchased through commissary.

You should not bring any item into a facility worth over $50. If you do, it is at your own risk. The DOC is not responsible for any personal item valued at more than $50.

You will be allowed to witness the inventory of your property whenever possible. Each of your items will be listed, and you will be given a Personal Property Report. The report will act as a receipt and proof that you own the listed items. If you bring cash or other funds, you will be given a separate receipt for those funds.

### Personal Property Rules

You can keep some of your personal property, but you do so at your own risk. The DOC is not responsible for any property that is lost, stolen, damaged, used, or discarded while you have it in the facility.

You may not loan, trade, sell, or give the property to another resident. You may not cover sprinkler heads, lights, vents, windows, or safety or security equipment. You may not use an item in any way other than its intended purpose. Any property used in violation of these rules will be considered contraband, confiscated, and disposed of.

You will receive a Personal Property Report any time your personal property is:

- Brought into the facility;
- Stored in the facility;
- Returned, released, or shipped from the facility; or
- Disposed.

The report will act as a receipt and proof that you own the listed items.

### Storage Of Your Personal Property

You are solely responsible for your personal and state-issued property. You must store all your property in your cell, room or assigned dormitory space. The facility has local procedures for property storage, which may be different than other facilities. You must follow the facility's limits. You may not keep more personal property than will fit in the storage space, or amounts that pose a danger to safety, security, or good hygiene practices.

## COMMISSARY

You may order items through commissary. The facility has local procedures for these orders. These procedures identify the area and time by which you need to place your order, to receive your items on the next delivery date. Any changes to the procedures will be posted in your living unit. Your Resident Property Guide includes information about limits on commissary spending.

## STATE-ISSUED PROPERTY

When you enter the facility, you may be issued certain property, depending on your available resources. They are issued based on need, except for uniforms and bedding. State-issued clothing items will be provided to indigent residents.

All Facilities will issue:

- Bedding, including a mesh laundry bag;
- Uniforms provided for work assignments will be used only for those jobs and will not be counted as part of your allowable property limits;
- Footwear – If you are indigent or have footwear that would pose a danger or security risk (e.g., steel-toed shoes, steel support shanks, or severely damaged footwear), you may receive one pair of State-issued footwear and shower shoes; and
- Hygiene Items – If you are indigent or new to the facility, you will be issued basic hygiene items, or have them made available to you.

You must retain your receipt (in your name) to prove ownership of commissary products. If you are in possession of commissary that you cannot prove ownership of it will be considered contraband. Slips are invalid after two months.

The staff is not obligated to seek out any other proof of ownership. **DO NOT LOSE YOUR RECEIPTS. FACILITY STAFF WILL NOT MAKE COPIES FOR YOU OF YOUR RECEIPTS.**

Uniformed Correctional Facilities will issue uniforms:

- Three pants;
- Three shirts;
- Three undershirts;
- Three bras (females and transgender females only)

- Three pairs of underwear;
- Three pairs of socks;
- One pair of shorts;
- One set of sweat clothes (top and bottom);
- One pair of shoes (only if you do not possess personal shoes that comply with safety and security standards and rules);
- One set of long underwear (seasonal);
- One winter jacket (seasonal); and
- One winter hat (seasonal).

The state-issued property will count toward your total property allowance outlined in the Inmate Allowable Property Matrix. Additional property, up to the property matrix allowance, may be ordered through commissary or from an outside vendor or catalog.

### Court Clothing

**Uniformed facility** residents may wear street clothes for court when:

- Appearing for jury selection;
- Appearing before a jury during trial;
- Court orders you to appear in civilian clothing; or
- If there is a reason to believe that you will be released from the court when verified by facility staff.

At all other times, you will be required to wear your State-issued uniform in court.

You may request permission to bring civilian clothing into the correctional facility for your court appearances. The facility will keep at least one set for you. More may be kept with the permission of the Superintendent or designee. All clothing will be searched when it is brought in and remain with facility staff until you need it for court.

### Restrictive Housing Unit Property Limitations

If you are assigned to a restrictive housing unit and assigned to Administrative Segregation or Disciplinary Segregation, you will have to follow the commissary and property limits in that category of the Inmate Allowable Property Matrix.

## LOST, MISSING, OR DAMAGED PROPERTY

Any personal property that you choose to bring into the facility will be kept at your own risk. The DOC is not responsible for any personal property. If an item of your property is lost, missing, or damaged **due to a staff member's negligence**, you may request an investigation by completing the top portion of the Report of Lost or Damaged Property Form and submitting it to a COII or above.

You must own the item for an investigation to start. The investigator will check your property inventory to see if you own the item. If the item is not in your property inventory, an investigation will not be conducted, and the Report of Lost or Damaged Property Form will be returned to you.

If you do own the item, the SOS will sign and date the form and an investigation will begin. The facility then has 15 business days to investigate and resolve the claim. If the claim involved another facility, it will be investigated at the facility in which the item is believed to have been lost, misplaced, or damaged and may take 15 more business days to resolve.

The Superintendent or designee will assign the investigation to a staff member. Following their investigation, that staff member will add his or her findings to the Report of Lost or Damaged Property Form and forward it to the Superintendent. The Superintendent will approve or deny the replacement or reimbursement of the item.

If you are reimbursed, it will be at the estimated current value of the item, up to $50. No replacement or reimbursement will ever be at a value greater than $50. You will need to sign the bottom of the Report of Lost or Damaged Property Form, indicating that you received the item, a replacement, or a reimbursement and that you have no further claim in the matter.

### DISPOSAL OF EXCESS, UNAUTHORIZED AND/OR ABANDONED PERSONAL PROPERTY

#### *EXCESS PROPERTY*

If you have too much personal property, and it is not considered dangerous you may:

- Pay to mail it to someone outside the facility;
- Choose to have someone come to the facility to pick it up if the facility's local procedures allow it; or
- Have it donated to a charity or destroyed.

Your extra property cannot be given to or used by a DOC staff member, volunteer, contractor, or inmate. State-issued property may not be sent out from a correctional facility in Vermont.

You will be given a Personal Property Report as a receipt for any property disposed of through one of these options. If someone picks the property up in person, they will be asked to sign a Personal Property Report showing the release of the property.

If the personal property you choose to mail out cannot be delivered, you may have a second chance to mail it to someone else, at your own expense, or the property may be disposed of as contraband, at the discretion of the Superintendent. You may not mail property to a Post Office box.

### *Unauthorized Property*

The following are exceptions in which personal property that is not considered dangerous may not be sent out by the inmate:

- Property confiscated as evidence of a crime or in an administrative due process hearing;
- Property designated as contraband as outlined in the administrative directive on contraband; and
- Property held for a grievance appeal.

In these cases, the property will be confiscated, searched, inventoried, and placed in a secure location as possible evidence.

### *Extradition Or Transfer Out Of State Custody*

If you are being taken out of VT custody, you will take any allowed personal property with you. You may leave a forwarding address for any of your remaining personal property, which will be mailed at your expense.

State funds may only be used to mail this property with the approval of the Superintendent or designee. The property will not be stored at any facility for longer than thirty days. After thirty days, the property will be disposed of as if it were contraband.

### *Unclaimed Property*

If you do not choose one of the disposal options for your excess or confiscated property, you will forfeit any claim to the property after thirty calendar days and it will be considered unclaimed property. It will then be disposed of by:

- Designating it for use by the facility;

- Donation it to a charity;
- Transfer it to another State agency or department; or
- Being destroyed.

*ABANDONED PROPERTY*

The DOC is not responsible for any property you leave because you bail out or are released at court. An attempt will be made to contact you about how to handle your property before it is disposed of. If you are released from the court or on bail and do not return within thirty days, the DOC will dispose of the property.

The DOC is not responsible for any property you leave behind because you escape or fail to return from a furlough. If you escape, your property will be taken, searched, inventoried, and placed in a secure location as possible evidence. If you are not returned to DOC custody within ninety days, and the property is not being held as evidence, the DOC will dispose of it.

Dated:
02/06/2017

# INMATE ALLOWABLE PROPERTY MATRIX

## General Population and Close Custody Property Allowances

M=Male, F=Female, W/C=Work Camp

**(Note: Facility issued property will count toward the total allowed items. For example, uniform tops and bottoms count toward the total allowed shirts and pants.)**

| Item | M | F | W/C | Comments |
|---|---|---|---|---|
| Clothing | | | | |
| Bra(s) | 0 | 5 | 7 | No Underwire, Females and Transgender Females Only |
| Underwear | 5 | 5 | 5 | Boxer or Briefs. No G-String, Thong, or transparent fabric |
| Long Underwear | 2 | 2 | 2 | Standard two-piece set, top and bottom (no one piece) |
| Undershirt/T-shirt | 5 | 5 | 5 | Standard; short sleeved; plain white, crew or v-neck |
| Robe | 1 | 1 | 1 | May not have waist tie; white or gray only; ¾ length only |
| Socks | 5 | 5 | 5 | Pair. Dress or gym any combination; standard crew or calf length |
| Shirts/Blouses/Tops | 5 | 5 | 6 | May not be low cut. Must be pull-over or complete closure covering shoulders. No half shirts, no transparent fabric, no epaulets |
| Pants/Jeans | 5 | 5 | 6 | Size proportionately to the offender; straight leg or boot cut; no tight fitting; no invisible pockets; no "hip huggers or low rise;" no carpenter pants |
| Shorts | 2 | 2 | 2 | No tight fitting; no cut-offs or altered, no less than 6" inseam; no invisible pockets or reversible shorts; no open fly boxer style. |
| Sweat Clothes | 2 | 2 | 2 | Top: standard long sleeve pullover; crew or v-neck. Bottom: standard drawstring/elastic waist; elastic or open ankle, no jogging suits, no logos, no pockets. (Facility may further specify color restrictions) |
| Mittens/Gloves | 1 | 1 | 2 | No leather |
| Hat/Cap | 2 | 2 | 2 | 1 winter, 1 summer |
| Jacket/Coat | 1 | 1 | 2 | No leather, light lining, hoodless, plastic zippers only, waist length |
| Rain Coat or Poncho | 0 | 0 | 1 | Clear plastic |
| Coveralls | 0 | 0 | 1 | Insulated |
| Boots | 1 | 1 | 1 | No steel toe, 8" or less from bottom of the heel to top of the boot; 1" or less heel thickness |
| Shoes or sneakers | 1 | 1 | 1 | Closed toe, 6" or less from bottom of the heel to top of the boot; 1" or less heel thickness |
| Shower Shoes | 1 | 1 | 1 | Indoor use only |
| Towels | 2 | 2 | 3 | |
| Wash Cloth | 2 | 2 | 3 | |

**(Note: Inmates who identify as transgender or intersex may be eligible for additional property accommodations.)**

Dated: 02/06/2017

# INMATE ALLOWABLE PROPERTY MATRIX

| Item | M | F | W/C | Comments |
|---|---|---|---|---|
| Hygiene | | | | |
| Hygiene Items | 2 | 2 | 2 | No more than 2 of each item offered in commissary. |
| Hair Brush | 1 | 1 | 1 | Plastic Only, 1 piece |
| Hair Comb | 1 | 1 | 1 | Plastic only, no rattail |
| Hair Pick | 1 | 1 | 1 | Plastic only, no rattail |
| Plastic Soap dish | 1 | 1 | 1 | |
| Nail clipper | 1 | 1 | 1 | No file |
| Denture cup | 1 | 1 | 1 | Plastic only |
| Mirror | 1 | 1 | 1 | Plastic only |
| Toothbrush | 1 | 1 | 1 | Plastic only |
| Sleep Mask | 1 | 1 | 1 | |
| Make-up | 0 | 2 | 2 | Females and Transgender Females only, 2 items each of Eye Shadow, Foundation cream, and Mascara |
| Tampons/Feminine Napkins | 0 | 1 | 1 | Females and Transgender Females only, 30-day supply |
| Medications | | | | |
| Antacids | 2 | 2 | 2 | Packs |
| Cough Drops | 2 | 2 | 2 | Bags |
| Acetaminophen | 2 | 2 | 2 | Pack |
| Vitamins | 2 | 2 | 2 | Pack |
| Miscellaneous | 1 | 1 | 1 | Per prescription only; 1 each; for example: Denture bath, Denture Grip, Contact lens solution, |
| Personal Items | | | | |
| Photo Album | 1 | 1 | 1 | Photos only, no metal binders, not to exceed 8 ½ x 11 " |
| Plastic Bowl | 2 | 2 | 2 | With or without lid |
| Plastic Mug/cup | 1 | 1 | 1 | |
| Plastic Spoon/Spork | 1 | 1 | 1 | |
| Alarm Clock | 1 | 1 | 1 | No radio, battery operated only |
| Batteries (AA & AAA) | 8 | 8 | 8 | Any combination of AA or AAA batteries up to a total of 8; only if inmate has battery operated device(s) |
| Electric Razor | 1 | 1 | 1 | Battery Operated, non-rechargeable, no hair trimmers |
| Handheld Game | 1 | 1 | 1 | Clear view only, no internet capabilities |
| Electric Tablet | 1 | 1 | 1 | As approved |
| Headphones | 1 | 1 | 1 | |
| Electric Fan | 1 | 1 | 1 | 12" or less, plastic only |
| Handheld Radio | 1 | 1 | 1 | Clear case only |
| Envelopes | 25 | 25 | 25 | |
| Greeting Cards | 12 | 12 | 12 | |
| Pen/Pencil | 5 | 5 | 5 | Any combination (does not include approved colored pencils) |
| Postage Stamps | - | - | - | Limited to $20.00 in total value |
| Stationary | 50 | 50 | 50 | 50 sheets or 1 writing pad |
| Prescription Contact Lenses | 6 | 6 | 6 | Pair; clear, must be prescribed and approved by medical |

**(Note: Inmates who identify as transgender or intersex may be eligible for additional property accommodations.)**

Dated: 02/06/2017

# INMATE ALLOWABLE PROPERTY MATRIX

| Item | M | F | W/C | Comments |
|---|---|---|---|---|
| Prescription Eye Glasses | 2 | 2 | 2 | Pair; must be prescribed and approved by medical |
| Contact Lens Case | 1 | 1 | 1 | Plastic only; must have prescribed lenses |
| Eye Glass Case | 2 | 2 | 2 | Must have prescribed glasses |
| Sunglasses | 1 | 1 | 1 | Non-reflective, non-mirrored |
| Hearing Aids | 1 | 1 | 1 | Pair; must be prescribed and approved by medical |
| Hearing Aid Batteries | 1 | 1 | 1 | Extra set other than what is in the hearing aid; must have hearing aids. |
| Jewelry | | | | |
| Watch | 1 | 1 | 1 | No gems/stones; $50 or less claim value |
| Wedding Ring | 1 | 1 | 1 | No gems/stones; $50 or less claim value |
| Medallion | 1 | 1 | 1 | 1 ½" wide or 1" diameter; no gems/stones; religious item (must be approved according to religious guidelines) |
| Recreational Materials | | | | |
| Books, Magazines, Newspapers | 10 | 10 | 10 | No hard covers; any combination |
| Playing Cards | 1 | 1 | 1 | Deck; standard |
| Colored Pencils | 24 | 24 | 24 | |
| Sketch Pad | 1 | 1 | 1 | 8 ½" x 11", no metal bindings |
| Miscellaneous | - | - | - | As approved by individual facility according to recreation activities (for example: Musical instruments, crochet items, knitting items, sewing items) |
| Commissary | | | | |
| Miscellaneous | - | - | - | $150.00 or less, inmate must retain receipt for all items in possession |
| | | | | |

**(Note: Inmates who identify as transgender or intersex may be eligible for additional property accommodations.)**

Dated:
02/06/2017

# INMATE ALLOWABLE PROPERTY MATRIX

## Segregated Inmate Property Allowances:

SEG 1: Disciplinary, Administrative Segregation Level 1
SEG 2: Administrative Segregation Level 2

**(Note: Facility issued property may substitute for allowable segregation items. For example, tops, bottoms, towels, hygiene items, special toothbrushes, pencils, etc., may be issued by the facility in place of an inmate's current items for safety and/or security concerns)**

| Item | SEG 1 | SEG 2 | Comments |
|---|---|---|---|
| Clothing | | | |
| Bra(s) | 5 | 5 | No Underwire, Females and Transgender Females Only |
| Underwear | 5 | 5 | Boxer, Briefs. No G-String, Thong, or transparent fabric |
| Long Underwear | 0 | 0 | |
| Undershirt/T-shirt | 3 | 3 | Standard; short sleeved; plain white, crew or v-neck |
| Socks | 2 | 3 | Pair. Dress or gym any combination; standard crew or calf length |
| Shirts/Blouses/Tops | 3 | 3 | May not be low cut. Must be pull-over or complete closure covering shoulders. No half shirts, no transparent fabric, no epaulets |
| Pants/Jeans | 3 | 3 | Size proportionately to the offender; straight leg or boot cut; no tight fitting; no invisible pockets; no "hip huggers or low rise;" no carpenter pants |
| Shorts | 0 | 1 | No tight fitting; no cut-offs or altered, no less than 6" inseam; no invisible pockets or reversible shorts; no open fly boxer style. |
| Sweat Clothes | 0 | 1 | Top: standard long sleeve pullover; crew or V-neck. Bottom: standard drawstring/elastic waist; elastic or open ankle, no jogging suits, no logos, no pockets. (Facility may further specify color restrictions) |
| Mittens/Gloves | 0 | 0 | |
| Hat/Cap | 0 | 0 | |
| Jacket/Coat | 0 | 0 | |
| Shower Shoes | 1 | 1 | Indoor use only |
| Towels | 1 | 1 | |
| Wash Cloth | 1 | 1 | |
| Sleep Mask | 1 | 1 | |

**(Note: Inmates who identify as transgender or intersex may be eligible for additional property accommodations.)**

## SERVICES AND PROGRAMS

See religious services and recreation.

## RELIGIOUS SERVICES

(See DOC Policy on *Religious Observance*)

A variety of Religious Services is offered at Southern State Correctional Facility. There are church services and religious studies. These services are facilitated by facility volunteers and clergy members. An SSCF Activities schedule is available in each unit to access information about what services are available and the time and place of these services.

Additionally, one on one visits can be arranged by staff for a resident to meet with a clergy member of choice. The staff member will make their best attempt to arrange for this visit. To initiate this meeting a resident must fill out a request form to the Volunteer Services Coordinator including the clergy members name and additional information such as place of service and location.

## ALTERNATIVE DIETS

(See DOC policy on *Inmate Alternative Diets*)

Residents who require a medical, dental, religious, or vegetarian diet may submit a request. To request a religious or vegetarian diet, a resident must obtain the proper form through his assigned CSS and then process per Directive. To request a medical or dental diet, residents must submit a sick slip to be assessed by a qualified healthcare provider.

## COMMUNITY HIGH SCHOOL OF VERMONT (CHSVT)

CHSVT is an independent high school accredited by the New England Association of Schools and Colleges. CHSVT is open to all residents, regardless of age or educational experience. However, space may be limited, and mandatory students are given priority.

The school is open Monday through Friday from 8-11 am and 1-4 pm, unless otherwise announced. In addition, it is closed for state holidays. The school is also closed for a week at the end of each term to plan and prepare for the next term. Classes may be delayed or canceled due to weather, unplanned meetings, or for security reasons.

Courses regularly available through CHSVT include English, mathematics, science, social studies, computers studies, health, physical education, and a variety of trades/vocational courses Offerings change each term and current schedules are available in education.

Residents who are in the Education Center must be engaged in classes. Loitering, loud talking or other disruptive behaviors are not tolerated.

## LIBRARY

CHSVT has a library containing an assortment of reading materials available to residents. The library is in the Education Center of the facility. The library hours are posted in the living units and in education.

To ensure the proper operation of the library, the following regulations apply:

- The destruction, defacing or intentional misuse of any materials could result in disciplinary action and restitution may be required.
- Reference books may not be checked out of the library or removed from the Education Center.
- Each resident is responsible for the books that he checks out.

## EMPLOYMENT

Facility employment opportunities are available for residents in the living units, the Law Library, the kitchen and on the grounds crew.

Applications for employment can be obtained at the Unit Officer's podium or through your assigned CSS. All applications that are processed by the Classification Committee require the unit CSS's signature. If the CSS has not signed off on this document, the document will be returned to the resident and deemed incomplete.

Several factors will determine if a resident is eligible for the job they are seeking. These factors include, but are not limited to custody level, disciplinary record, educational/programming needs, and experience.

## INMATE WORKER EXCEPTIONS

All facility and unit rules apply to inmate workers unless a specific exception has been made in another part of this handbook.

Employment at a facility job does not entitle an inmate to special treatment or additional privileges.

An inmate that has worked at least two hours between midnight and 5 AM is a 3rd shift worker.

3rd shift inmate workers are still required to attend their regularly scheduled medication call, medical appointments, programming, recreation, TV access, shower times, unit meals, etc. If this presents a difficulty for any inmate, then another employment opportunity with a different schedule will be located to accommodate.

3rd shift workers as defined above may receive a bag meal during working hours.

Workers that were assigned to biohazard cleanup will be permitted to shower after that assignment with CFSS permission.

## RECREATION

The recreation department works hard to provide an assortment of recreational and leisure time activities designed to promote physical fitness and mental well-being. Both indoor and outdoor equipment are available which allow for such activities as board games, basketball, volleyball, softball, weightlifting, horseshoes, and many other scheduled activities.

Recreational activities are available daily to the general population and scheduled for specific units throughout the week. The use of recreational facilities/equipment is subject to change without notice. Inappropriate use of equipment by residents will not be tolerated and could lead to loss of recreational privileges.

Each resident will be allowed a minimum of one (1) hour exercise/recreation per day. The following rules apply:

- You may wear shorts with a top to recreation. Shirts are required to be worn.
- You will conduct yourself in an orderly fashion during recreation and while going to and from the recreation area.
- Outdoor recreation may be changed to indoor recreation during inclement weather.

- Hours of use of outdoor recreation yard and/or gym will be posted in the Living Units but may be subject to change by the Correctional Facility Shift Supervisor.
- Any resident observed over the white line towards an exterior fence may receive a Major DR for an attempted escape.
- Any resident observed to be on the separation fence between the North and South recreation yards may receive Major DR for interfering with an officer in the performance of his/her duties and disobeying an order of a staff member.
- Any resident observed to be over the white line between DEF building and the walk through the gate into the North recreation yard may receive a Major DR for interfering with an officer in the performance of his/her duties and disobeying an order of a staff member.
- All recreation times and locations are guidelines and could be changed without notice.

## LAUNDRY

All residents entering the Southern State Correctional Facility will be issued clean clothing and linen. All issued items are the property of Southern State Correctional Facility and any damage to these items, beyond normal wear and tear, could result in disciplinary action and restitution being required.

Laundry will be completed by the Living Unit laundry worker per the established facility schedule.

Please see the schedule posted in the living units for more information.

## INMATE DRESS CODE

(See DOC policy on *Inmate Property)*

All resident clothing must be washed, clean and in generally good repair. Resident issued identification when worn must be in plain view. Hats are not to be worn in buildings at any time. In the units, tops and bottoms must be worn always. When going to/coming from the showers, you must be wearing a top and a bottom. Residents entering the Main Core Building must be wearing a blue top and blue bottom.

You are responsible for keeping everything that was issued to you. If anything is damaged, you need to tell staff. You may not alter clothing on your own.

You must be fully dressed at any time except while in the shower or as directed by staff for the purpose such as searches or providing medical care.

You are expected to dress appropriately and follow these clothing rules:

- Undergarments must be worn at all times. While sleeping, you are required to wear underpants.
- Pants will be worn at the waist. The waistband is not allowed to be tucked in or rolled.
- Pant cuffs and shirt sleeves may not be rolled up. SSCF offers tailor services to repair and modify your uniform to proper fit.
- Hands are not to be in the pants.
- If you wear long-johns they must be worn underneath your regular uniform, not over it or by themselves.
- All clothing must be ordered to fit you properly. Intentionally ordering clothes that are too big or too small can result in it being confiscated and disciplinary action **may be** taken.
- Clothing may not be worn inside out.
- Sunglasses and/or hats are not to be worn inside.
- The full uniform consists of; state-issued uniform bottom (not sweatpants) and uniform top, t-shirt, underwear, socks, and footwear.
- Full inmate uniform must be worn anytime you are out of your living area (except for the yard). Full inmate uniform consists of state issued uniform bottom and uniform top, with t-shirt, underwear, socks and footwear. Out of your living area includes any location outside of your dayroom or beyond the sally port. Meetings with your CSS, groups, work, education, etc. are all to be considered "out of your living area" and require you to be in full uniform.
- Gym or yard recreation requirements include at least a t-shirt, shorts/pants, underwear, socks, and footwear.
- Laundry or Kitchen issued clothing items are only to be worn while at work. Kitchen attire is not to be used during non-working hours.

All items must be in the approved property matrix.

## TELEPHONE ACCESS

Telephones are provided in the units. Attorney phones are in all buildings and housing units. Each resident will be provided with an individual PIN number required for making telephone calls. Phones make collect calls and will not accept incoming calls. ALL calls are recorded and are subject to random monitoring. Select telephones for all attorney incoming calls are not monitored and are considered "Secure Lines". Equipment is available to residents with hearing and speech disabilities, and to those who wish to communicate with persons having such disabilities. Consult your Unit CSS for access to this equipment.

Participating in or attempting to make three-party calls is prohibited. When making a call, the voice prompt will say "State Your Name". State only your name, as stating any other message could result in disciplinary action.

If you experience problems with placing calls, the person to whom the phone is registered to should contact their telephone provider. If you believe that the problem you are experiencing is through the facility phone, ask the Unit Officer for a complaint form to complete. These forms are to be forwarded to the administrative staff for processing.

## LOCKBOX

SSCF is a cashless/moneyless facility. All funds being sent to a resident housed with the Vermont Department of Corrections must be sent to the following address:

*Vermont Department of Corrections*
*Inmate Trust*
*PO Box 1344*
*Williston, VT 05495-1344*

Residents will be provided with two-sided deposit coupons to mail to family and friends. The back side contains instructions for family and friends on how to fill out the deposit coupon, money order/bank check, and sender information. In addition, it is helpful for individuals sending you money to know your resident ID number. Additionally, deposit coupons, resident ID numbers, and sample forms are located online at doc.vermont.gov

A person must follow the link to INFORMATION FOR FAMILIES AND FRIENDS.

## MEDICAL SERVICES

The DOC recognizes that good health care is important to your well-being and positive adjustment to the facility. Therefore, health care services are provided to maintain the health of all residents and staff. These services include medical, dental, and mental health services.

When you first arrive, you will undergo a medical and mental health intake process. To receive medical or mental health services after that, you should fill out and submit a sick call request slip. These slips are collected daily by medical staff, who will review them and call you when it is your turn to be seen.

Putting in a sick call request slip will not automatically excuse you from your daily work assignments, work crew, education, or other daily routines.

Most medications are given to residents during "med call." If you have been prescribed a medication that you receive the med call, it is your responsibility to attend at the proper times. While you are waiting in line, you are to remain quiet and orderly outside the medical area. After receiving any oral medication, you will be required to have a mouth check.

You may refuse your medication or medical treatment at any time but must do so directly to medical staff. Correctional Officers cannot pass your message to medical staff.

## MOUTH CHECK PROTOCOLS

To help maintain safety during medication delivery, all those receiving medications MUST participate in a mouth check. This requirement is for your safety.

You will be asked to:

- Consume a cup of water prior to taking medications
- Open your mouth for the officer to look into
- Stick your tongue out
- Move your tongue from side to side
- Pull upper and lower lip away from your gums
- If you wear dentures, you will be asked to remove them so that another mouth check can be conducted
- Drink one cup of water when the check is over

Officers will conduct mouth checks until they are reasonably satisfied that you have consumed all medications. Officers will repeat the entire mouth check if there is any suspicion that you are attempting to conceal/divert medications.

You must immediately comply with all officer and medical staff orders during the mouth check. Failure to do so will result in a Major DR.

Med Line officers will stop medication delivery and call for the CFSS if anyone is suspected of diverting medications or refusing to comply with instructions.

Due to the significant risk medication diversion poses to the facility, anyone that fails to follow all mouth check procedures and officer orders at the med line will be issued a Major DR for disobedience or refusal of an officer's instruction or order that threatens or disrupts institutional security.

## VOTING

While you are living at the facility, you may still vote by an absentee ballot in any primary or general election, if you meet all other voting eligibility requirements. To be eligible to vote, you must be at least 18 years old and be a Vermont resident. You must also:

- Have been a registered voter in the community before being incarcerated; or
- Register to vote, using the address of your last voluntary residence. **You must not use your place of incarceration as your residence to register to vote.**

Watch for posted notices letting you know how to register to vote and important dates. If you have any questions, would like to register to vote, or need an absentee ballot for an upcoming election, please send an Inmate Request Form to the Volunteer Services Coordinator.

## BARBER

The barbershop, located in the Main Core, will be open from 0800-1000, 1430-1630, and 1800-2100 Tuesday – Wednesday. Any person attempting to get a haircut on a day that is not designated for their unit/tier, will be issued a DR. Only the inmate getting his hair cut will be allowed in the barbershop with the inmate barber. Violations of this policy will result in a DR, at minimum.

Make-up days will be on Friday. An inmate who is in need of a haircut for court may get written authorization from their CSS.

## ELECTRONIC COMMUNICATION

There are terminals in most units which provide purchasable access to email communication, music, and games. These terminals interact with tablets. Tablets are not to be brought into the main core building. Terminals may not be used by more than one person at a time. Misuse of the system may result in a loss of privileges. Access to the electronic communication system can be restricted temporarily or permanently if the system is misused. In any event that an electronic device is used to commit a crime, abuse, or threaten any individual, or violates any rule of the facility (minor or major), inmates may be subject to temporary or permanent loss of the privileges after administrative review.

## OPEN EARS

Open Ears is a program where a trained inmate coach meets with peers who are struggling with mental health, substance abuse, or other issues in their life. This program doesn't replace anything the DOC does but offers assistance from a different perspective.

This is completely voluntary. No inmate has to participate or agree to speak with an Open Ears Coach.

The Open Ears coaches offer voluntary non-judgmental and non-professional support for a peer struggling with an issue. Coaches listen, offer their own lived experience, inspire hope, and can help a peer develop a coping plan. Any written plan is the property of the person seeking support. Peer supporters do not provide therapy, medical, legal, or general advice. Peer support is not a substitute for mental health services. The Open Ears coaches are people who have faced some of the same challenges many of you face and can listen from an experienced perspective.

The Open Ears coach does maintain confidentiality and staff will not attempt to use the coaches as an avenue for information. The exception is if you report a plan to kill yourself or someone else, escape, kill a victim upon release, or that you have (or are trying to get) a weapon.

If you wish to speak to the Open Ears Coach, please submit a request slip (in the mailbox) to OPEN EARS. Also, if you see a friend or peer struggling and believe they could use some help, you can submit a request slip on their behalf in the same manner.

## FREQUENTLY ASKED QUESTIONS (FAQ)

**Question**: I max out soon. Can I be released at midnight?

**Answer**: Not unless there are very extreme extenuating circumstances that make your release at midnight essential. Less than 1% of these types of requests is approved. The Superintendent will only review these requests if they come from your caseworker (CSS).

**Question**: I need release money (sometimes called gate money) to help when I get out of jail. Can the VTDOC help?

**Answer**: In most cases, these types of requests are denied unless you have made every effort to save as much money as you can while you are incarcerated (not just a short period before release).

If you know that money will present an obstacle for you, then it is essential that you work at a facility job, save your earnings from that job, and maintain a positive behavior history while incarcerated. If you have spent all your money on commissary food while incarcerated, then it is very unlikely that you will be approved for DOC funds to help with your release.

**Question**: I need an override for a program, event, special circumstance, etc. How can I get my case reviewed?

**Answer**: Your caseworker (CSS) is your primary contact for these matters. The Superintendent will only review requests that have caseworker support. If your caseworker is not in support of your request, then it is unlikely the Superintendent will be either.

**Question**: How do I get a job?

**Answer**: Obtain an application from the officer and turn it into your caseworker. It will be reviewed at the next classification meeting

**Question**: When can I get a job after a DR conviction?

**Answer**: 30 days after you have been convicted of a DR you may be eligible

**Question**: Can I be fired for a minor DR?

**Answer**: Yes, you can. Your caseworker can fire you for a minor DR and hire someone to replace you that does not get DR's.

**Question**: How do I get books sent in?

**Answer**: Put in a request form asking permission from your caseworker to order books.

**Question**: I am being pressured/threatened to divert my prescribed medications. What should I do?

**Answer**: Your best option is to communicate with a staff person you trust in an area where you cannot be overheard. We will attempt to work with you discreetly to ensure your safety and make sure you can get your required medications. If you give your medication to other inmates, then you will be caught and receive a sanction for your behavior. This could impact your placement in the facility and your eligibility for release. You also run the risk that your medication will be discontinued.

Providing medications to another person is dangerous and can put their life in jeopardy. No one wants to be responsible for hurting someone else. It is important that you come forward so that we can work with you to make the situation as safe as possible for everyone.

**Question**: I have a group, class, or appointment to attend in the facility. How will I know when to go or get permission to leave the unit?

**Answer**: The staff person running the group, class, activity, etc. is required to call the unit officer and request that you are allowed to leave the unit. In some cases, these are activities open to all inmates (such as a yard or open gym). No inmate leaves their living unit without authorization to do so by the person conducting the activity.

Unit officers are not responsible for calling to check on your ability to attend the activity. The responsibility to call for you is the person that is running the activity.

**Question**: If I am locked-in, can I go to programs, education, or religious services?

**Answer**: No.

**Question**: Can I get shoes, watches, clippers, books, medical supplies, or religious items from an outside vendor?

**Answer**: Shoes, watches, and clippers can be ordered from the commissary or access secure. Please see your CSS for questions regarding books and religious items. Medical determines all medical needs. The SOS oversees any items coming from outside vendors.