**EXHIBIT**

**D**

U.S. v. Puma, 5:22-cr-46

## VT DOC Incarcerated Individual Reporting Line

The Vermont Department of Corrections is committed to your safety. An environment safe from sexual abuse and sexual harassment is an essential requirement to that safety.

The Vermont Department of Corrections has ZERO TOLERANCE for all forms of sexual abuse and misconduct. You can report sexual victimization by:

      Telling any staff member

      Filing a grievance

      **CALLING THE INCARCERATED PERSON REPORTING LINE**

You may call and leave a message if you believe that you or someone else is being or has been victimized. Please bring the concerns or complaints forward. The message will be reviewed by Central Office and sent to central and local leadership to initiate an investigation into your allegation. Letters and calls are anonymous upon request by you. You can always report directly to staff, volunteers, use the grievance system, or even ask a loved one to report for you.

What is sexual abuse?

| | |
|---|---|
| Repeated sexual advances | Staff exposing their genitals |
| Sexual comments | Staff taking images of you performing bodily functions |
| Sexual gestures | Forced indecent exposure by staff* |
| Requests for sexual favors | Repeated obscene language or gestures by staff |
| Touching of breasts, buttocks, genitals, thigh, or anus | Staff watching you shower* |
| Penetrating sexual act by incarcerated person(s) | Staff watching you bathroom* |
| Comments about body or clothing by staff | Completed, attempted, threatened, or requested sexual acts by staff |

      **\*NOTE: An invasion of your privacy by staff for reasons unrelated to official duties,**

### Phone:
Pick up the phone and listen for a tone
To Place a call using the Incarcerated Persons Reporting Line
Press #1 English or #2 Spanish
Press #0, 88888123456789
Then dial 555-555-5555

Note: All calls from unit phones are recorded and may be monitored.

If you choose to <u>intentionally</u> provide a false statement of sexual abuse against an incarcerated person(s) or staff, you may be charged criminally.

## IT'S NEVER TOO LATE TO REPORT!

MEMORANDUM

To:     People in Vermont Department of Corrections facilities
From:  Matthew Nault, Facilities Executive
Date:   November 16, 2021
Re:     *Vermont DOC Sexual* Abuse, Sexual Harassment and/or Staff-on-Incarcerated Individual Sexual Misconduct Reporting Line Change

WHAT IT IS: *This is a free line for you to report any kind of sexual abuse.  Whether staff-on-incarcerated individual or incarcerated individual-on-incarcerated individual.  Whether you heard about it, saw it, or it happened to you. Whether something was written, said, or physically happened.  Sexual abuse is not a part of your sentence!*

WHO CAN USE IT? Any incarcerated individual.

WHY CALL?  To let us know about a serious sexual safety issue so that it can be investigated.  Your sexual safety is most important to us.  We can't respond and address what we don't know about!

WHAT IT IS NOT:  **This is not a complaint or request line.  If you have a medical, casework, legal, grievance, housing, or any other question, concern or issue, please submit a request form or a grievance.  These calls are not appropriate and will not be responded to.**

WHO ANSWERS THE LINE?  This line is not directly answered by a person.  You may get a recorded message or just a tone before leaving your message.

WHAT DO I DO?  Please use the printed instructions by the phone to reach this sexual abuse reporting line.  Please share the name of the facility and the date of the call.  You may choose to leave your name or not.  Please make sure to tell us as much as you can regarding the incident so that we can start an investigation.  The more information you share, the easier it will be to follow up on your sexual safety concern.

WHAT HAPPENS WHEN I CALL?  You will be able to leave a message that will be listened to by administrative services in Central Office once a day on business days only; excludes weekends and holidays.  Any allegations of sexual abuse will be sent to the PREA Coordinator and the Director of Facilities to initiate an investigation.  Calls for any other issues will not be investigated.

HOW CAN THE LINE BE REACHED?  Direct dial from any unit phone.

WHEN IS THE LINE AVAILABLE?  You may call anytime the unit phones are available.

WHAT OTHER SUPPORT IS THERE?  You may contact the AHS Secretary's Office by mail for third party reporting at: Agency of Human Services Central Office, Office of the Secretary, 280 State Dr., Building E 2nd floor, Waterbury, VT 05671-1000