| | |
|---|---|
| From: | Richard Slavin <​█████@gtl.net> |
| Sent: | Monday, January 24, 2022 10:13 AM |
| To: | Sprafke, Jennifer; Erica Degre |
| Subject: | Re: Inmate Puma calls to 555 Line |

**EXTERNAL SENDER: Do not open attachments or click on links unless you recognize and trust the sender.**

Good Morning Jennifer,
The ICMv recordings are stored in our data center in Texas.

**My best,
Richard Slavin
ViaPath Technologies** | *Field Service Manager*
█████.com
www.viapath.com

**ViaPath Technologies was awarded Top Workplaces 2021 and 2022!**

*This electronic mail transmission is intended for the use of the individual or entity to which it is addressed and may contain confidential information belonging to the sender. If you have received this transmission in error, please notify the sender immediately and delete the original message. Unless explicitly noted above, this e-mail should not, in any way, be considered evidence of the sender's intent to be bound to any agreement.*

---

**From:** Sprafke, Jennifer <█████@vermont.gov>
**Sent:** Monday, January 24, 2022 7:00 AM
**To:** Erica Degre <█████@gtl.net>; █████ <█████@gtl.net>
**Subject:** RE: Inmate Puma calls to 555 Line

Afternoon-

VSP reached out to me again regarding this question. Can you tell me what state the server the calls are stored on is located.

Thank you,
Jen

---

**From:** Sprafke, Jennifer
**Sent:** Monday, January 10, 2022 12:49 PM
**To:** Erica Degre <█████@gtl.net>
**Cc:** Richard Slavin <█████@gtl.net>
**Subject:** RE: Inmate Puma calls to 555 Line

Ha! I had no clue either so that's why I asked you guys directly instead of going through Bob. If it helps, the reason for the question is for the feds to determine jurisdiction.

**From:** Erica Degre <@gtl.net>
**Sent:** Monday, January 10, 2022 12:34 PM
**To:** Sprafke, Jennifer <@vermont.gov>
**Cc:** Richard Slavin <@gtl.net>
**Subject:** RE: Inmate Puma calls to 555 Line

**EXTERNAL SENDER: Do not open attachments or click on links unless you recognize and trust the sender.**
Hi Jennifer
I am not sure on this so I have cc'd my boss, he may be able to answer this

**From:** Sprafke, Jennifer <@vermont.gov>
**Sent:** Monday, January 10, 2022 12:20 PM
**To:** Erica Degre <@gtl.net>
**Subject:** FW: Inmate Puma calls to 555 Line

Good afternoon-

Can you answer the highlighted question below? If I should be asking someone else just let me know.

Thank you,
Jen

**From:** Robson, Jesse <@vermont.gov>
**Sent:** Monday, January 10, 2022 12:16 PM
**To:** Sprafke, Jennifer <@vermont.gov>
**Cc:** Barriere, Jodi <@vermont.gov>
**Subject:** RE: Inmate Puma calls to 555 Line

Great thanks I will pass this on to the prosecutor I'm working with. ==Does the call routing through GTL mean that it's being received or otherwise processed in another state? If so, can you advise which state?==