Prob 12
(D/VT Rev. 10/22)

UNITED STATES DISTRICT COURT
For The
DISTRICT OF VERMONT

U.S.A. vs. Josh Puma

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 NOV 19 AM 10: 33

CLERK
Docket No. 5:22-cr-00046-1
BY_____
DEPUTY CLERK

### Petition on Probation and Supervised Release

COMES NOW JUSTIN FARRIS, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Josh Puma, who was placed on supervision by the Honorable Geoffrey W. Crawford sitting in the Court at Rutland, on the 26th day of July, 2023, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

**You must participate in a mental health program approved by the United States Probation Office. You shall contribute to the cost of services rendered in an amount to be determined by the probation officer based on ability to pay or the availability of third party payment.**

**You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. Section 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

**You must participate in substance abuse treatment, which may include a substance abuse assessment with a licensed substance abuse provider and abide by any programmatic treatment recommendations. This program may include testing to determine whether you have reverted to the use of drugs or alcohol. You shall contribute to the cost of services rendered based on ability to pay or the availability of third-party payment. You must refrain from the use of alcohol and other intoxicants during and after treatment.**

**You must have no contact, directly or indirectly, including through the use of a third party, with the victims in this case. Such prohibited conduct includes but is not limited to; the use of the internet; email; telephone; and/or written correspondence.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(if short insert here; if lengthy write on separate sheet and attach)

1. **Violation of Mandatory Condition No. 1: You must not commit another federal, state or local crime.**

   On or about November 14, 2025, the defendant committed the following offenses: Stalking, in violation of Title 13 VSA §1063; Disturbing the Peace by Use of Telephone or other Electronic Communications, in violation of Title 13 VSA § 1072; and Criminal Threatening, in violation of Title 13 VSA § 1072. This is evidenced by an affidavit from the Middlebury, Vermont Police Department.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant to bring Josh Puma before the Court to show cause why their term of supervised release should not be revoked.

ORDER OF COURT

Considered and ordered this 19th day of November, 2025, and ordered filed and made a part of the records in the above case. It is further ordered that this petition be SEALED until execution of the warrant.

_____
Geoffrey W. Crawford, U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

*Justin Farris*
Justin Farris
U.S. Probation Officer

Executed on November 19, 2025

Place: Rutland