AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2025 NOV 21 PM 3:28

CLERK
BY_____
DEPUTY CLERK

United States of America
v.

Josh Puma

*Defendant*

)
)
) Case No.   5:22-cr-00046-1
)
)
)
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Josh Puma ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

New law violation

Date:   19 November 2025

*Issuing officer's signature*

City and state:   Burlington, Vermont          Geoffrey W. Crawford, District Judge
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 11/19/25, and the person was arrested on *(date)* 11/19/25 at *(city and state)* Rutland, VT. | |
| Date: 11/21/25 | *Arresting officer's signature* <br> Cevi Skelvy SDUSM <br> *Printed name and title* |