NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

      v.                                          Case No. 5:22-cr-46-1

Josh Puma

TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m. on Wednesday, January 21, 2026 in Burlington, Vermont, before the Honorable Geoffrey W. Crawford, District Judge, for a Final Hearing re: Revocation of Supervised Release.

Location: Courtroom 110                                       JEFFREY S. EATON, Clerk
                                                                  By: */s/ Sharrah J. LeClair*
                                                                    Deputy Clerk
                                                                    1/14/2026

TO:

Wendy L. Fuller, AUSA

Barclay T. Johnson, AFPD

Johanna Masse, Court Reporter