NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                          Case No. 5:22-cr-46-1

Josh Puma

TAKE NOTICE that the above-entitled case has been scheduled at 02:30 p.m. on Wednesday, April 15, 2026 in Burlington, Vermont, before the Honorable Geoffrey W. Crawford, District Judge, for a Final Hearing re: Revocation of Supervised Release.

Location: Courtroom 110                                    JEFFREY S. EATON, Clerk
                                                                            By: */s/ Lisa A. Wright*
                                                                            Deputy Clerk
                                                                            2/4/2026

TO:

Wendy L. Fuller, AUSA

Barclay T. Johnson, AFPD