REVISED NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

      v.                          Case No. 5:22-cr-46-1

Josh Puma

TAKE NOTICE that the above-entitled case has been rescheduled at 11:00 a.m. on Wednesday, April 29, 2026 in Burlington, Vermont, before the Honorable Geoffrey W. Crawford, District Judge, for continuation of a Final Hearing re: Revocation of Supervised Release.

| | |
|---|---|
| Location: Courtroom 110 | JEFFREY S. EATON, Clerk |
| *RESCHEDULED FROM*  4/15/2026 at 2:30 p.m. | By: */s/ Lisa A. Wright* |
| | Deputy Clerk |
| | 3/4/2026 |

TO:

Wendy L. Fuller, AUSA

Barclay T. Johnson, AFPD