SECOND REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                  Case No. 5:22-cr-46-1

Josh Puma

TAKE NOTICE that the above-entitled case has been rescheduled at 01:30 p.m. on Wednesday, April 15, 2026 in Burlington, Vermont, before the Honorable Geoffrey W. Crawford, District Judge, for a Hearing on Motion for Reconsideration of Detention and continuation of Final Hearing re: Revocation of Supervised Release.

Location: Courtroom 110

*RESCHEDULED FROM   4/29/2026 at 11:00 a.m.*

JEFFREY S. EATON, Clerk

By: */s/ Lisa A. Wright*

Deputy Clerk

3/27/2026

TO:

Wendy L. Fuller, AUSA

Barclay T. Johnson, AFPD