NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF VERMONT

United States of America

      v.                              Case No.  5:22-cr-46-1

Josh Puma

TAKE NOTICE that the above-entitled case has been scheduled at 11:30 a.m. on Friday, May 15, 2026 in Burlington, Vermont, before the Honorable Geoffrey W. Crawford, District Judge, for a Final Hearing re: Revocation of Supervised Release.

Location: Courtroom 110

JEFFREY S. EATON, Clerk
By: /s/ *Lauren H. Grimley*
Deputy Clerk
4/16/2026

TO:

Wendy L. Fuller, AUSA

Barclay T. Johnson, AFPD