UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 22-cr-046 |
| | ) | |
| JOSH PUMA, | ) | |
|     Defendant | ) | |

## <u>UNOPPOSED MOTION TO CONTINUE MAY 15, 2026 FINAL HEARING</u>

NOW COMES Defendant Josh Puma, by counsel, and submits this unopposed motion to continue the May 15, 2026 final hearing. Counsel for Mr. Puma is unavailable on that date and will instead be in Oregon for a child's college graduation. Continuing the hearing will not prejudice Mr. Puma because he is not in custody and his Vermont state case remains unresolved. Reassigning the case within the Office of the Federal Public Defender would be difficult at this point as one of the Office's attorneys is leaving. The government advises that it has no objection to continuing the final hearing.

Dated at Burlington, Vermont this 4th day of May, 2026.

Respectfully Submitted,

ALEJANDRO FERNANDEZ
FEDERAL PUBLIC DEFENDER

By:   */s/ Barclay T. Johnson*
      Barclay T. Johnson
      Assistant Federal Public Defender
      95 Pine Street, Ste 150
      Burlington, Vermont 05401
      (802) 862-6990