REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

     v.　　　　　　　　　　　　　　Case No.  5:22-cr-46-1

Josh Puma

TAKE NOTICE that the above-entitled case has been rescheduled at 03:30 p.m. on Wednesday, June 17, 2026 in Burlington, Vermont, before the Honorable Geoffrey W. Crawford, District Judge, for a Final Hearing re: Revocation of Supervised Release.

Location: Courtroom 110　　　　　　　　　JEFFREY S. EATON, Clerk

*RESCHEDULED FROM  05/15/2026 at 11:30 a.m.*　　By: *|s|  Lauren H. Grimley*
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　　5/13/2026

TO:

Wendy L. Fuller, AUSA

Barclay T. Johnson, AFPD