UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 5:22-cr-00046-gwc |
| JOSH PUMA, | ) | |
| Defendant. | ) | |

# NOTICE OF SUBSTITUTION OF COUNSEL

NOW COMES Assistant Federal Public Defender Sara Puls who hereby enters her appearance for the Office of the Federal Public Defender by and on behalf of the above-named defendant, Josh Puma. She replaces Assistant Federal Public Defender, Barclay Johnson, as counsel in this case.

Dated: September 9, 2026

By: *[/s/ Sara M. Puls]*

Sara M. Puls
Assistant Federal Public Defender
Office of the Federal Public Defender
District of Vermont
95 Pine Street Suite 150
Burlington, VT 50401
(802) 862-6990
Fax: (802) 862-7836
Email: Sara_Puls@fd.org
Counsel for Josh Puma